# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | Case No. 18-11780 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF *AMENDED* LIST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

**PLEASE TAKE NOTICE THAT**, on August 2, 2018 (the "Petition Date"), Brookstone Holdings Corp. and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") commenced these chapter 11 cases. On the Petition Date, the Debtors filed their *List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (the "Top 30 List").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit 1 is an amended Top 30 List (the "Amended Top 30 List"). The Top 30 List has been amended solely to update the addresses for certain of the previously listed creditors.[2] For the avoidance of doubt, (i) other than the aforementioned address updates, there have been no other changes from the Top 30 List to the Amended Top 30 List, and (ii) the creditors listed on the Top 30 List received notice of the commencement of these Chapter 11 Cases and First Day Hearing at the appropriate addresses.

*[Signature Page Follows]*

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515); and, Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

[2] The addresses have been updated for the following creditors: Sz Telstar Co, Ltd, Asia Combine Co., Ltd, Shenzhen Cham Battery Techno, Shenzhen Forrest Health, Qbe Insurance Corporation, Pilot Air Freight Corp, Acctron Company Limited, Jiangsu Cross-Border, Taishin Electronic Co Ltd, and Health Care Co Ltd.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 6, 2018 | */s/ Andrew L. Magaziner*<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Michael R. Nestor (No. 3526)<br>Sean M. Beach (No. 4070)<br>Andrew L. Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:  (302) 571-1253<br>Email: mnestor@ycst.com<br>         sbeach@ycst.com<br>         amagaziner@ycst.com |

-and-

GIBSON, DUNN & CRUTCHER LLP
Matthew J. Williams
David M. Feldman
Matthew K. Kelsey
Keith R. Martorana
Jason Zachary Goldstein
200 Park Avenue
New York, New York 10166
Tel:   (212) 351-4000
Fax:  (212) 351-4035
Email: mjwilliams@gibsondunn.com
         dfeldman@gibsondunn.com
         mkelsey@gibsondunn.com
         kmartorana@gibsondunn.com
         jgoldstein@gibsondunn.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## EXHIBIT 1

**Amended Top 30 List**

| Debtor name | Brookstone Holdings Corp. |
|---|---|

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

Case No. (If known) _____

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ssg-Shenzhen Yuan Chuang Int'L Trading Company Ltd Guangdong Province, 518101 China | Ssg-Shenzhen Yuan Chuang Tel: 86-755-2970-1598 Email: simonfung@sanpowergroup.com | Merch | | | | $39,399,679.50 |
| 2 | Sz Telstar Co, Ltd Telstar Technology Park No. 12&14, Longteng Industrial Zone, Ailian, Longgang District Shenzhen, Guangdong Province, China, 518172 | Sz Telstar Co, Ltd Tel: 952-239-9241 Fax: 0755-89567502 Email: rezaaghelnejad@comtechsales.com | Merch | | | | $827,156.78 |
| 3 | Simon Property Group, Inc. 225 West Washington Street Indianapolis, IN 46204 | Simon Property Group, Inc. Tel: 317-263-7742 Email: Erica.Mace@simon.com | Rent | | | | $779,146.19 |
| 4 | After Shokz LLC 6057 Corporate Drive East Syracuse, NY 13057 | After Shokz LLC Tel: 315 657 1295 Email: bill@aftershokz.com | Merch | | | | $473,952.00 |
| 5 | Asia Combine Co., Ltd 11 Fl, No 218, Sec 4; Chung Hsiao East Road Taipei Taiwan, Roc | Asia Combine Co., Ltd Tel: 714-851-0688 / 86 130 2881 5373 Email: asiacomb@icloud.com / gchen@asiacomb.com.cn | Merch | | | | $453,019.53 |

**Debtor name**  Brookstone Holdings Corp.                                          Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   GGP<br>350 North Orleans<br>Suite 300<br>Chicago, IL 60654-1607 | GGP<br>Tel: 312-960-5401<br>Email: Nancy.Bernero@ggp.com | Rent | | | | $441,568.24 |
| 7   Emerge Technologies, Inc.<br>Dept. 3779<br>Dallas, TX 75312 3779 | Emerge Technologies, Inc.<br>Tel: 508-277-9330<br>Email: jay@dedicatedsales.com | Merch | | | | $331,344.00 |
| 8   Axent Wear, Inc<br>21515 Hawthorne Blvd<br>Torrance, CA 90503 | Axent Wear, Inc<br>Email: victoriahu.rm@gmail.com | Expense | | | | $309,317.32 |
| 9   Shenzhen Cham Battery Techno<br>B-3 Building, Gaoxinjian Industrial Park, He Ping,<br>Fuyong Town<br>Shenzhen, Guangdong Province, China, 518103 | Shenzhen Cham Battery Techno<br>Tel: 86 136 5035 6890<br>Email: sammy@powerocks.com | Merch | | | | $296,461.20 |
| 10  Shenzhen Forrest Health<br>Building 2A, No 48 228 Industrial Area, Henggang Street,<br>Longgang District, Shenzhen<br>Guangdong Province, China | Shenzhen Forrest Health<br>Tel: 86 755 2518 5991<br>Email: Pan@forrestmassager.com | Merch | | | | $277,072.02 |
| 11  Qbe Insurance Corporation<br>Attn: Lynn Grunst<br>1 Qbe Way<br>Sun Prairie, WI 53596 | Qbe Insurance Corporation<br>Tel: 608-837-4440<br>Fax: 608-837-0583 | Expense | | | | $239,846.92 |
| 12  Pilot Air Freight Corp<br>P.O. Box 654058<br>Dallas, TX 75265-4058 | Pilot Air Freight Corp<br>Tel: 484-234-4375 | Expense | | | | $218,557.17 |

**Debtor name**  Brookstone Holdings Corp.                    Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim - Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 13  Cozzia Usa LLC<br>861 S. Oak Park Road<br>Covina, CA 91724 | Cozzia Usa LLC<br>Tel: 410-271-0923<br>Email: JohnC@cozziausa.com | Merch | | | | $201,519.00 |
| 14  Taubman-Cherry Creek Lp<br>P.O. Box 67000<br>Detroit, MI 48267-0898 | Taubman-Cherry Creek Lp<br>Tel: 248-258-7562<br>Email: Jsanders@Taubman.com | Rent | | | | $193,986.34 |
| 15  Demandware Inc<br>5 Wall Street<br>Burlington, MA 01803 | Demandware Inc<br>Tel: 978-430-7565<br>Email: Tpetzold@salesforce.com | Expense | | | | $192,033.84 |
| 16  Westfield Concession Management<br>Attn: Judy Tuttle, VP<br>2730 University Boulevard West 900<br>Wheaton, MD 20902 | Westfield Concession Management<br>Tel: 310-689-5623<br>Email: Cbuenaventura@westfield.com | Rent | | | | $191,896.18 |
| 17  Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | Federal Express<br>Tel: 855-552-5393 Ext 3078<br>Email: ccjeffries@fedex.com | Expense | | | | $186,127.47 |
| 18  The Bernard Group<br>19011 Lake Drive East<br>Chanhassen, MN 55317 | The Bernard Group<br>Tel: 952-934-1900 | Expense | | | | $185,254.16 |
| 19  Scosche<br>1550 Pacific Ave<br>Oxnard, CA 93034 | Scosche<br>Tel: 805 486 4450<br>Email: tylerd@scosche.com | Merch | | | | $184,852.60 |

**Debtor name**  Brookstone Holdings Corp.  Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 20 Grantec Zhangzhou Co. Ltd<br>14F B04 Bldg Software Par<br>Fujian,<br>China | Grantec Zhangzhou Co. Ltd<br>Tel: 0592-6296673<br>Fax: 0592-6296663<br>Email: lee@grantec.com.cn | Merch | | | | $184,394.80 |
| 21 Session M, Inc.<br>2 Seaport Lane<br>Boston, MA 02210 | Session M, Inc.<br>Tel: 888-226-9756 | Expense | | | | $182,250.00 |
| 22 Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90401 | Macerich<br>Tel: 602-953-6328<br>Email: Tamara.Ortega@macerich.com | Rent | | | | $180,072.16 |
| 23 Boston Retail Partners, LLC<br>P.O. Box 2252<br>Birmingham, AL 35246-1058 | Boston Retail Partners, LLC<br>Tel: 781-858-1086<br>Email: sjoyce@bostonretailpartners.com | Expense | | | | $179,187.77 |
| 24 Acctron Company Limited<br>Workshop 11, 6/F., Block C,<br>Delya, Industrial Centre<br>7 Shek Pai Tau Road<br>Tuen Mun, N.T. Hong Kong | Acctron Company Limited<br>Email: desmond@acctron.net.cn | Merch | | | | $177,766.88 |
| 25 Jiangsu Cross-Border<br>No.10 Maqun Street,<br>Qixia District, Nanjing<br>Jiangsu Province,<br>China 210049 | Jiangsu Cross-Border<br>Tel: 86-025-84356754<br>Fax: 86-025-84356508 | Merch | | | | $168,840.00 |
| 26 Aon Risk Services Northeast, I<br>P.O. Box 7247-7376<br>Philadelphia, PA 19170-7376 | Aon Risk Services Northeast, I<br>Tel: 617-482-3100<br>Fax: 617-542-2597 | Expense | | | | $167,857.50 |

**Debtor name** Brookstone Holdings Corp.                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27  Samsonite LLC<br>Dept Ch 19296<br>Palatine, IL 60055-9296 | Samsonite LLC<br>Tel: 415-922-1959<br>Fax: 415-922-8659<br>Email: Linda.Doty@Samsonite.com | Merch | | | | $163,022.28 |
| 28  Little Upstarts, Inc.<br>2589 Sandhurst Drive<br>Lewis Center, OH 43035 | Little Upstarts, Inc.<br>Tel: 781-974-6863<br>Email: jene@jemasales.com | Merch | | | | $159,587.56 |
| 29  Taishin Electronic Co Ltd<br>Liaobuliangbian Industrial Zone,<br>No.140, Liaocha Road,<br>Liaobu Town, Dongguan<br>Guangdong Province,<br>China, 523000 | Taishin Electronic Co Ltd<br>Email: sherryhuang@chinataishin.com | Merch | | | | $140,386.40 |
| 30  Health Care Co Ltd<br>No 999 Gaonan Road<br>Dingyan Rugao City<br>Jiangsu Province,<br>China 226521 | Health Care Co Ltd | Merch | | | | $137,156.12 |