### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 18-11780 (BLS) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### DECLARATION OF DISINTERESTEDNESS OF IAN FREDERICKS IN SUPPORT OF THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO ASSUME THE CLOSING STORE AGREEMENT, (B) AUTHORIZING AND APPROVING STORE CLOSING SALES FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, (C) AUTHORIZING THE IMPLEMENTATION OF CUSTOMARY EMPLOYEE BONUS PROGRAM AND PAYMENTS TO NONINSIDERS THEREUNDER, (D) APPROVING DISPUTE RESOLUTION PROCEDURES, AND (E) APPROVING THE DEBTORS' STORE CLOSING PLAN

I, Ian Fredericks, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1.      I am Executive Vice President and Chief Legal Officer of Hilco Merchant Resources, LLC ("Hilco"), located at 5 Revere Drive, Suite 206, Northbrook, Illinois.

2.      I submit this declaration (the "Declaration") in support of the following motion: *Debtors' Motion for Interim and Final Orders (A) Authorizing The Debtors To Assume The Closing Store Agreement, (B) Authorizing And Approving Store Closing Sales Free And Clear Of All Liens, Claims And Encumbrances, (C) Authorizing The Implementation Of Customary Employee Bonus Program And Payments To Noninsiders Thereunder, (D) Approving Dispute*

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515), and Brookstone Properties, Inc. (2517).  The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

*Resolution Procedures, And (E) Approving The Debtors' Store Closing Plan* [Docket No.25] (the "Motion").

3.     The facts set forth in my Declaration are based upon my personal knowledge, information, and belief, and upon records kept in the ordinary course of business that were reviewed by me or other employees of Hilco or Hilco Trading, LLC, Hilco's parent company and managing member, under my supervision and direction.  If called as a witness, I would testify to the facts set forth in this Declaration.

4.     In the ordinary course of its business, Hilco and its affiliates maintain a database for purposes of performing "conflicts checks."  The database contains information regarding its present and past representations and transactions.  I obtained a list of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), certain of the Debtors' creditors, and other parties in interest in the above-captioned cases from Debtors' counsel for purposes of searching the aforementioned database and determining the connection(s) which Hilco or its affiliates has with such entities.

5.     Hilco searched the aforementioned database for the parties in interest identified on the attached **Schedule 1**.

6.      Hilco's search of the aforementioned database identified the connections listed on and described in the attached **Schedule 2**.

7.     Neither I, Hilco, nor any principal, partner, director, officer, or employee thereof, nor any professional retained by Hilco has agreed to share or will share any portion of the compensation to be received from the Debtors by Hilco with any other person other than the principals and regular employees of Hilco.

8.      Except with respect to entry into the Closing Store Agreement dated August 1, 2018 (the "Agreement") and performing services pre-petition in connection with this Agreement, to the best of my knowledge, neither I, Hilco, nor any principal, partner, director, officer, or employee thereof, nor any professional retained by Hilco, insofar as I have been able to ascertain, is a creditor, equity security holder, or an insider of any of the Debtors.

9.      To the best of my knowledge, neither I, Hilco, nor any principal, partner, director, officer, or employee thereof, nor any professional retained by Hilco, insofar as I have been able to ascertain, is or has been, within two years before the date of the filing of the petition(s) herein, a director, officer or employee of any of the Debtors.

10.      To the best of my knowledge, neither I, Hilco, nor any principal, partner, director, officer, or employee thereof, nor any professional retained by Hilco, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which Hilco is engaged, by reason of any direct or indirect relationship to, or connection with, or interest in, the Debtors or for any other reason.

11.      To the best of my knowledge, Hilco is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

12.      Hilco is conducting further inquiries regarding Hilco's engagement by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of Hilco's engagement if Hilco should discover any facts bearing on the matters described herein, Hilco will supplement the information contained in this Declaration.

*[Signature Page Follows]*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated August 24, 2018

_____

Name:  Ian Fredericks

Title: EVP & CLO of Hilco

**Schedule 1**

**List of Parties in Interest**

**BROOKSTONE - LIST OF INTERESTED PARTIES**

| DEBTOR AND NON-DEBTOR AFFILIATES (INCLUDING ANY TRADE NAMES) | |
|---|---|
| 1. | BROOKSTONE HOLDINGS CORP. |
| 2. | BROOKSTONE, INC. |
| 3. | BROOKSTONE COMPANY, INC. |
| 4. | BROOKSTONE RETAIL PUERTO RICO, INC. |
| 5. | BROOKSTONE INTERNATIONAL HOLDINGS, INC. |
| 6. | BROOKSTONE PURCHASING, INC. |
| 7. | BROOKSTONE STORES, INC. |
| 8. | GARDENERS EDEN, INC. |
| 9. | BROOKSTONE MILITARY SALES, INC. |
| 10. | BIG BLUE AUDIO LLC |
| 11. | BROOKSTONE HOLDINGS, INC. |
| 12. | BROOKSTONE PROPERTIES, INC. |
| 13. | BROOKSTONE HONG KONG HOLDINGS LIMITED |
| 14. | ADVANCED AUDIO CONCEPTS, LIMITED |
| 15. | BROOKSTONE LAX T-6, LLC |
| 16. | BROOKSTONE O'HARE, LLC |
| 17. | NATIONAL CONCESSIONS MANAGEMENT BROOKSTONE STORES GEORGIA LLC |
| 18. | BROOKSTONE CHARLOTTE, LLC |
| 19. | AREAS BROOKSTONE ATLANTA JV, LLC |
| 20. | BROOKSTONE STORES DTW, LLC |
| 21. | BROOKSTONE DALLAS FORT WORTH, LLC |
| 22. | BROOKSTONE STORES SAT, LLC |
| 23. | BROOKSTONE O'HARE II, LLC |
| 24. | BROOKSTONE O'HARE T-5, LLC |
| 25. | NATIONAL CONCESSIONS MANAGEMENT BROOKSTONE STORES GEORGIA II, LLC |
| 26. | BROOKSTONE HOUSTON T-B, LLC |
| 27. | BROOKSTONE DEN T-B, LLC |
| 28. | BROOKSTONE PDX, LLC |
| 29. | CARRY ON DTW, LLC |
| 30. | CARRY ON SLC T-2, LLC |
| 31. | BROOKSTONE IAH T-A, LLC |
| 32. | BROOKSTONE IAD T-B, LLC |
| 33. | BROOKSTONE LABS ASIA, INC. |
| 34. | BROOKSTONE DESIGN STUDIO, INC. |
| 35. | BROOKSTONE AR STUDIO, INC. |
| 36. | BROOKSTONE GREATER CHINA HOLDINGS LIMITED |

| | CURRENT OFFICERS AND DIRECTORS, BOARD MEMBERS OF THE DEBTORS AND INDIVIDUALS WHO HAVE SERVED AS OFFICERS OR DIRECTORS OF THE DEBTORS IN THE PAST TWO YEARS |
|---|---|
| 1. | PIAU PHANG FOO (PRESIDENT & CEO AND DIRECTOR) |
| 2. | TOM CONNOLLY (VP, OPERATIONS AND ASSISTANT TREASURER) |
| 3. | XIA PING (PATRICK) (FORMER SVP, CFO AND SUBSIDIARIES DIRECTOR) |
| 4. | DAVID FIGLER (VP PRODUCT MARKETING & INNOVATION) |
| 5. | SUSAN MCGRATH (VP HUMAN RESOURCES) |
| 6. | STEPHEN A. GOULD (SVP GENERAL COUNSEL AND SECRETARY) |
| 7. | KEN BOREMI (VP, RETAIL) |
| 8. | YAN KEYA (ALAN) (DIRECTOR) |
| 9. | MARK HEIMOWITZ (INDEPENDENT DIRECTOR) |
| 10. | GREG TRIBOU (VP, CFO AND TREASURER) |
| 11. | LAUREN VAN HEERDEN (FORMER VP, CHIEF INNOVATION OFFICER) |
| 12. | NEAL PANZA (FORMER VP, RETAIL) |
| 13. | KEVIN BLOSSOM (FORMER VP, WHOLESALE) |
| 14. | DANA SCHWARTZ (FORMER VP, ECOMMERCE) |
| 15. | KIRAN SMITH (FORMER VP, CHIEF MARKETING OFFICER) |
| 16. | MARCELO PODESTA (FORMER VP, CHIEF MERCHANDISING OFFICER) |
| 17. | STEPHEN SILBAUGH (FORMER SVP, BRAND & STRATEGY) |
| 18. | CHENG XUEYIN (FORMER DIRECTOR) |
| 19. | WANG JIAN (EDGAR) (FORMER DIRECTOR) |
| 20. | HU FANG (FRANK) (FORMER SVP, CHIEF CHINESE BUSINESS SUPPORTING OFFICER AND DIRECTOR) |
| 21. | WANG YANG (FORMER DIRECTOR) |
| 22. | FAN ZHANG (FRANK) (FORMER DIRECTOR) |
| 23. | DARREN O'BRIEN (FORMER DIRECTOR) |
| 24. | CHRIS ROLING (FORMER DIRECTOR) |
| 25. | CHEN XUDONG (FORMER CHAIRMAN OF THE BOARD) |
| 26. | FRANK J. SLEVIN (FORMER CHAIRMAN OF THE BOARD) |
| 27. | STEVEN GOLDSMITH (FORMER PRESIDENT & CEO AND DIRECTOR) |
| 28. | TONG XIN (VALEN) (FOMER SVP, CFO) |
| 29. | LIU YIQUAN (ERIC) (FORMER SVP, CHIEF PRODUCT OFFICER) |
| 30. | WANG YUZHOU (DONALD) (DIRECTOR) |
| 31. | SHI CHANGYUN (CHARLES) (DIRECTOR) |
| 32. | WU GANG (RICHARD) (DIRECTOR AND CHAIRMAN OF THE BOARD) |

| | DEBTORS' PREPETITION AND POSTPETITION SECURED BANK LENDERS, ADVISORS AND COUNSEL |
|---|---|
| | BANKERS/LENDERS |
| 1. | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 2. | GORDON BROTHERS FINANCE COMPANY |
| 3. | WILMINGTON TRUST, NATIONAL ASSOCIATION (TRUSTEE OF 10% |

| | SECOND LIEN SECURED NOTES) |
|---|---|
| 4. | SANPOWER (HONG KONG) COMPANY LIMITED (SUBORDINATED SECURED NOTES) |
| COUNSEL | |
| 1. | MORGAN, LEWIS & BOCKIUS |
| 2. | CHOATE HALL & STEWART LLP |
| 3. | STROOCK & STROOCK & LAVAN LLP |

| HOLDERS OF MORE THAN 5% OF ANY OF THE DEBTORS' EQUITY SECURITIES | |
|---|---|
| 1. | SANPOWER GROUP CO., LTD. |
| 2. | SANPOWER (HONG KONG) COMPANY LIMITED |
| 3. | LEGIT OCEAN LIMITED |
| 4. | SAILING INNOVATION (UK) LIMITED |
| 5. | SAILING INNOVATION (HK) LIMITED |

| PARTIES RELATING TO KNOWN LITIGATION MATTERS INVOLVING THE DEBTORS | |
|---|---|
| LITIGATION | |
| 1. | MADISON CRIBBS |
| 2. | LORENA HERNANDEZ |
| 3. | NATASHA DAVIS |
| 4. | ASIA COMBINE COMPANY, LTD. |
| 5. | NAFTALI, INC. |
| 6. | INNOVATIVE TECHNOLOGY ELECTRONICS, LLC |
| 7. | WHISKEY REBELLION RETAIL CONSULTING, INC. |
| EMPLOYMENT CLAIMS | |
| 1. | TIFFANY EAGLE |
| 2. | GENESIS RIVERA |
| PATENT/TRADEMARK PETITION DISPUTES | |
| 1. | DONGGUAN GUANLONG PHOTOELECTRIC CO., LTD. |
| 2. | BIG BLUE PRODUCTS, INC. |
| 3. | UNIPART GROUP |

| THE DEBTORS' 30 LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS AS IDENTIFIED IN THEIR CHAPTER 11 PETITIONS | |
|---|---|
| 1. | SSG-SHENZHEN YUAN CHUANG |
| 2. | SZ TELSTAR CO, LTD |
| 3. | SIMON PROPERTY GROUP, INC. |
| 4. | AFTER SHOKZ LLC |
| 5. | ASIA COMBINE CO., LTD |
| 6. | GGP |

| 7. | EMERGE TECHNOLOGIES, INC. |
|---|---|
| 8. | AXENT WEAR, INC |
| 9. | SHENZHEN CHAM BATTERY TECHNO |
| 10. | SHENZHEN FORREST HEALTH |
| 11. | QBE INSURANCE CORPORATION |
| 12. | PILOT AIR FREIGHT CORP |
| 13. | COZZIA USA LLC |
| 14. | TAUBMAN-CHERRY CREEK LP |
| 15. | DEMANDWARE INC |
| 16. | WESTFIELD CONCESSION MANAGEMENT |
| 17. | FEDERAL EXPRESS |
| 18. | THE BERNARD GROUP |
| 19. | SCOSCHE |
| 20. | GRANTEC ZHANGZHOU CO. LTD |
| 21. | SESSION M, INC. |
| 22. | MACERICH |
| 23. | BOSTON RETAIL PARTNERS, LLC |
| 24. | ACCTRON COMPANY LIMITED |
| 25. | JIANGSU CROSS-BORDER |
| 26. | AON RISK SERVICES NORTHEAST, I |
| 27. | SAMSONITE LLC |
| 28. | LITTLE UPSTARTS, INC. |
| 29. | TAISHIN ELECTRONIC CO LTD |
| 30. | PENSION BENEFIT GUARANTY CORPORATION |

| THE DEBTORS' OTHER PROFESSIONALS IN THE CHAPTER 11 CASES | |
|---|---|
| 1. | BERKELEY RESEARCH GROUP, LLC |
| 2. | GLC ADVISORS & CO., LLC |
| 3. | YOUNG CONAWAY STARGATT & TAYLOR |
| 4. | OMNI MANAGEMENT GROUP |
| 5. | THE ABERNATHY MACGREGOR GROUP, INC. |
| 6. | GROSSMAN, TUCKER, PERREAULT & PFLEGER, PLLC (IP AND TRADEMARK COUNSEL) |
| 7. | GREENBERG TRAURIG, LLP (CPSC COUNSEL) |

| THE DEBTORS' LANDLORDS | |
|---|---|
| 1. | 1540 SIMON PROPERTY GRP |
| 2. | ADVANCED SELF-STORAGE |
| 3. | AIRMALL |
| 4. | AIRMALL PITTSBURGH, INC. |
| 5. | ALDERWOOD MALL |
| 6. | AREAS AIRPORT RETAIL MANAGEMENT (ARM) ATLANTA, JV |
| 7. | AVENTURA MALL VENTURE |
| 8. | BAYBROOK MALL |

| \ | THE DEBTORS' LANDLORDS |
|---|---|
| 9. | BELLEVUE SQUARE LLC |
| 10. | BELLWETHER PROPERTIES OF MASSACHUSETTS LIMITED |
| 11. | BOHANNON DEVELOPMENT COMPANY |
| 12. | C.J. SEGERSTROM & SONS |
| 13. | CAUSEWAY ASSOCIATES |
| 14. | CBL & ASSOCIATES MANAGEMENT, INC. |
| 15. | CHERRY HILL CENTER, LLC |
| 16. | CHRISTIANA MALL LLC |
| 17. | CIRCLE CENTRE MALL LLC |
| 18. | CITY AND COUNTY OF SAN FRANCISCO |
| 19. | CITY OF SAN ANTONIO |
| 20. | CLARK COUNTY |
| 21. | COASTAL GRAND LLC |
| 22. | COCONUT POINT DEVELOPERS, LLC |
| 23. | COLONIAL REALTY LIMITED PARTNERSHIP |
| 24. | COUNTY OF ORANGE |
| 25. | COUNTY OF SACRAMENTO |
| 26. | CRITERION SANTA MONICA, LLC |
| 27. | CRYSTAL MALL, LLC |
| 28. | CVM HOLDINGS, LLC |
| 29. | DALLAS GALLERIA LIMITED |
| 30. | DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD |
| 31. | DANBURY MALL, LLC |
| 32. | DESTIN COMMOMS, LTD. |
| 33. | EKLECCO NEWCO, LLC |
| 34. | EMI SANTA ROSA LIMITED PARTNERSHIP |
| 35. | EWH ESCONDIDO ASSOCIATES, L.P. |
| 36. | FAIRFAX COMPANY OF VIRGINIA L.L.C. |
| 37. | FASHION PLACE |
| 38. | FASHION SHOW EXPANSION LLC |
| 39. | FASHION VALLEY MALL, LLC |
| 40. | FEDERAL REALTY |
| 41. | FLORIDA MALL ASSOCIATES, LTD. |
| 42. | FORBES/COHEN FLORIDA PROPERTIES LIMITED PARTNERSHIP |
| 43. | FOREST CITY |
| 44. | GGP |
| 45. | GGP-MAINE MALL L.L.C. |
| 46. | GLENDALE I MALL ASSOCIATES, LLC |
| 47. | GREATER LAKESIDE CORP. |
| 48. | HCW DEVELOPMENT |
| 49. | HCW DEVELOPMENT COMPANY, LLC |
| 50. | HEITMAN PROPERTIES OF NEW MEXICO LTD. |
| 51. | HG SHOPPING CENTERS, L.P. |
| 52. | HOOVER MALL LIMITED, L.L.C. |

| THE DEBTORS' LANDLORDS | |
|---|---|
| 53. | HSTA JV |
| 54. | JACKSONVILLE AVENUES LIMITED PARTNERSHIP |
| 55. | JLL |
| 56. | JMB/HAHN PDTC Associates, L.P. |
| 57. | KEYSTONE-FLORIDA PROPERTY HOLDING CORP. |
| 58. | KING OF PRUSSIA ASSOCIATES |
| 59. | LERNER ENTERPRISES |
| 60. | LEXINGTON JOINT VENTURE |
| 61. | MACERICH |
| 62. | MACERICH OAKS LLC |
| 63. | MADISON MARQUETTE |
| 64. | MALL OF LOUISIANA ASSOCIATES |
| 65. | MARKETPLACE PHILADELPHIA, LP |
| 66. | MARKETPLACE PHL, LLC (F/K/A MARKETPLACE REDWOOD LIMITED PARTNERSHIP) |
| 67. | MARKETPLACE WASHINGTON, LLC |
| 68. | MIAMI-DADE COUNTY |
| 69. | MOAC MALL HOLDINGS LLC |
| 70. | MOHEGAN TRIBAL GAMING AUTHORITY |
| 71. | MTGA |
| 72. | NATICK MALL |
| 73. | NORTHPARK DEVELOPMENT |
| 74. | NORTHPARK PARTNERS, LP |
| 75. | OAK PARK INVESTMENT, L.P. |
| 76. | PARADIES-IAH, LLC |
| 77. | PARKMEADOWS |
| 78. | PARKWAY PLACE LIMITED PARTNERSHIP |
| 79. | PENN ROSS JOINT VENTURE |
| 80. | PENN SQUARE MALL LIMITED PARTNERSHIP |
| 81. | PHEASANT LANE REALTY TRUST |
| 82. | PLAZA ASSOCIATES |
| 83. | PLAZA LAS AMERICAS, INC. |
| 84. | PPR WASHINGTON SQUARE LLC |
| 85. | PR WOODLAND LIMITED PARTNERSHIP |
| 86. | PREIT |
| 87. | PYRAMID |
| 88. | RCPI LANDMARK PROPERTIES, LLC |
| 89. | RETAIL PROP TRUST 4836 |
| 90. | RICH-TAUBMAN ASSOCIATES |
| 91. | RIVERSIDE SQUARE LIMITED PARTNERSHIP |
| 92. | ROCKAWAY CENTER ASSOCIATES |
| 93. | ROSEVILLE SHOPPINGTOWN LLC |
| 94. | SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY |
| 95. | SCOTTSDALE FASHION SQUARE LLC |

| THE DEBTORS' LANDLORDS | |
|---|---|
| 96. | SDG DADELAND ASSOCIATES, INC. |
| 97. | SEMINOLE TOWNE CENTER LIMITED PARTNERSHIP |
| 98. | SHOPPING CENTER ASSOCIATES |
| 99. | SHORT HILLS ASSOCIATES, LLC |
| 100. | SIMON CAPITAL GP |
| 101. | SIMON PROPERTY GROUP |
| 102. | SOMERSET COLLECTION LIMITED PARTNERSHIP |
| 103. | SOUTH COAST PLAZA |
| 104. | SPGIL DOMAIN, L.P. |
| 105. | STARWOOD |
| 106. | STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES, TED STEVENS ANCHORAGE INTERNATIONAL AIRPORT |
| 107. | STELLAR PARTNERS, INC. |
| 108. | STONEBRIAR MALL, LLC |
| 109. | STONERIDGE PROPERTIES LLC |
| 110. | STONETOWN SHOPPING CENTER, LP |
| 111. | SUNVALLEY SHOPPING CTR, LLC |
| 112. | TAUBMAN |
| 113. | TAUBMAN CHERRY CREEK SHOPPING CENTER, L.L.C. |
| 114. | TAUBMAN MACARTHUR ASSOCIATES LIMITED PARTNERSHIP |
| 115. | TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA |
| 116. | THE AVENUES MALL, LLC |
| 117. | THE CITY AND COUNTY OF DENVER |
| 118. | THE CITY OF CHICAGO |
| 119. | THE FEIL ORGANIZATION |
| 120. | THE FORBES COMPANY |
| 121. | THE IRVINE COMPANY LLC |
| 122. | THE MALL IN COLUMBIA BUSINESS TRUST |
| 123. | THE PARAMUS PARK SHOPPING CENTER LIMITED PARTNERSHIP |
| 124. | THE PORT OF PORTLAND |
| 125. | THE RETAIL PROPERTY TRUST |
| 126. | THE TOWN CENTER AT BOCA RATON TRUST |
| 127. | TISHMAN SPEYER |
| 128. | TOWSON TC, LLC |
| 129. | TREASURE COAST-JCP ASSOCIATES, LTD. |
| 130. | TRIPLE FIVE CORP. |
| 131. | TURNBERRY ASSOCIATES |
| 132. | TWELVE OAKS MALL, LLC |
| 133. | TYSONS CORNER HOLDINGS LLC |
| 134. | UNITED AIRLINES, INC. |
| 135. | UNIVERSITY TOWNE CENTRE LLC |
| 136. | VF MALL LLC |
| 137. | WALT WHITMAN MALL. LLC |
| 138. | WAYNE COUNTY AIRPORT AUTHORITY |

| THE DEBTORS' LANDLORDS | |
| --- | --- |
| 139. | WEA PALM DESERT LP |
| 140. | WEST FARMS MALL, LLC |
| 141. | WEST TOWN MALL JOINT VENTURE |
| 142. | WESTFIELD |
| 143. | WESTFIELD, LLC |
| 144. | WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP |
| 145. | WESTSHORE ASSOCIATES LIMITED PARTNERSHIP |
| 146. | WF CINEMA HOLDINGS, L.P. |
| 147. | WILLOW BEND ASSOCIATES LIMITED PARTNERSHIP |
| 148. | WINSTON-SALEM JOINT VENTURE |
| 149. | WOODFIELD MALL LLC |
| 150. | WOODLAND |
| 151. | WP GLIMCHER |

| THE DEBTORS' INSURERS AND INSURANCE BROKERS | |
| --- | --- |
| 1. | ACE AMERICAN INSURANCE COMPANY |
| 2. | AFFILIATED FM INSURANCE COMPANY |
| 3. | AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY |
| 4. | AON RISK INSURANCE |
| 5. | ATLANTIC SPECIALTY INSURANCE COMPANY |
| 6. | AXIS CAPITAL INSURANCE GROUP |
| 7. | AXIS INSURANCE COMPANY |
| 8. | BEAZLEY INSURANCE COMPANY |
| 9. | CHUBB |
| 10. | HISCOX INSURANCE COMPANY INC. |
| 11. | INDEMNITY INSURANCE CO. OF NA |
| 12. | NATIONAL SURETY CORPORATION |
| 13. | OHIO CASUALTY GROUP |
| 14. | QBE INS CORPORATION/NY |
| 15. | QBE INS CORPORATION |
| 16. | STATE INSURANCE FUND |
| 17. | ZURICH INSURANCE COMPANY |

| OTHER SIGNIFICANT TRADE VENDORS NOT ON DEBTORS' 30 LARGEST UNSECURED CREDITORS LIST | |
| --- | --- |
| 1. | FEDERAL EXPRESS |
| 2. | PILOT AIR FREIGHT CORP |
| 3. | GRAPHIC COMMUNICATIONS HOLDING |

| 4. | NINGBO COMFORT HEALTH EQ |
|---|---|
| 5. | SHENZHEN FORREST HEALTH |
| 6. | COZZIA USA LLC |
| 7. | MOL AMERICA INC |
| 8. | DEMANDWARE INC |
| 9. | YANG MING (AMERICA) CORP |
| 10. | TRACKR INC |
| 11. | ZHUHAI KELITONG ELEC CO. |
| 12. | INFINITE CREATIVE ENTERPRISES |
| 13. | EMERGE TECHNOLOGIES, INC. |
| 14. | SUNWELL INTERNATIONAL CORP. |
| 15. | COMMISSION JUNCTION |
| 16. | SESSION M, INC. |
| 17. | QBE NORTH AMERICA |
| 18. | YANG MING (AMERICA) CORP |
| 19. | EPSILON DATA MGMT |
| 20. | THE BERNARD GROUP |
| 21. | SEKO WORLDWIDE |
| 22. | BANKDIRECT CAPITAL FINANCE |
| 23. | IXT |
| 24. | MEDITERRANEAN SHIPPING CO |
| 25. | STANDARD REGISTER COMPANY |
| 26. | HCC LIFE INSURANCE CO. |
| 27. | AFA SALES LLC |
| 28. | SPS COMMERCE, INC. |
| 29. | CHEETAH DIGITAL INC |
| 30. | GRANT THORNTON LLP |
| 31. | GREEN PAGES, INC. |
| 32. | WILMINGTON TRUST |
| 33. | FOCUS TECHNOLOGY SOLUTIONS |
| 34. | TESTRITE VISUAL |
| 35. | WILLIS OF MASSACHUSETTS, INC |
| 36. | IBM CORPORATION |
| 37. | YRC |
| 38. | GRAPHIC COMMUNICATIONS HOLDING |
| 39. | RADIAL INC. |
| 40. | PREDICTSPRING INC |
| 41. | ARTITALIA GROUP INC |
| 42. | SEYFARTH SHAW LLP |
| 43. | AON RISK SERVICES NORTHEAST, I |
| 44. | COSCO SHIPPING LINES (NA) INC. |
| 45. | ALLSTATES WORLDCARGO INC |
| 46. | APTOS INC |
| 47. | COMMERCE TECHNOLOGIES, INC |
| 48. | SECURITAS SECURITY SERV |

| 49. | ASA PRODUCTS, INC. |
| 50. | RIVERSTONE INDUSTRIES COR |
| 51. | JDA SOFTWARE INC |
| 52. | CARBONKLEAN, LLC |
| 53. | HOWE, RILEY & HOWE, PLLC |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
| --- | --- |
| 1. | AMAZON |
| 2. | AMAZON SERVICES LLC |
| 3. | ACA TRACK |
| 4. | ADOBE SYSTEMS INC. |
| 5. | ADOBY SYSTEMS INCORPORATED (ADUS) |
| 6. | ADP |
| 7. | ADVANCED SYSTEMS CONCEPTS, INC. |
| 8. | AFCO |
| 9. | AFFINION LOYALTY GROUP |
| 10. | AFTERSHOKZ LLC |
| 11. | AGENT, LLC (ARIANA GRANDE) |
| 12. | ALLSTATES WORLDCARGO, INC. |
| 13. | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. |
| 14. | AMERICAN HERITAGE LIFE INSURANCE COMPANY (AHL) |
| 15. | ANKER |
| 16. | AON GLOBAL RISK CONSULTING (AON CONSULTING, INC.) |
| 17. | AON HEWITT |
| 18. | APPLE INC. |
| 19. | AQ TEXTILES LLC |
| 20. | AREAS BROOKSTONE ATLANTA JV, LLC |
| 21. | ARMY & AIR FORCE EXCHANGE SERVICE (AAFES) |
| 22. | ASPECT SOFTWARE, INC. |
| 23. | AT&T |
| 24. | AT&T CORP. |
| 25. | AURUS, INC. |
| 26. | AVALARA, INC. |
| 27. | AXENT WEAR, INC. |
| 28. | BAILS & ASSOCIATES, LLC (LAWSON) |
| 29. | BANC OF AMERICA MERCHANT SERVICES, LLC |
| 30. | BANK OF AMERICA, N.A. |
| 31. | BANKERS WARRANTY GROUP, INC. (BWG) |
| 32. | BANKERS WARRANTY GROUP, INC. D/B/A CENTRICITY |
| 33. | BASS SECURITY SERVICES, INC. |
| 34. | BED BATH & BEYOND INC. |
| 35. | BIT9, INC. |
| 36. | BORDERFREE (A/KA FIFTYONE, INC. / E4X, INC.) |
| 37. | BOWERS LANDING OF MERRIMACK, LLC |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
|---|---|
| 38. | BULLSEYE TELECOM, INC. |
| 39. | C.A. SHEA & COMPANY, INC. |
| 40. | CEVA FREIGHT, LLC |
| 41. | CHASE PAYMENTECH |
| 42. | CIGNA ONSITE HEALTH, LLC (CIGNA HEALTH AND LIFE INSURANCE COMPANY) |
| 43. | CITY OF MEXICO MISSOURI |
| 44. | COMCAST ENTERPRISE SERVICES |
| 45. | COMMERCE TECHNOLOGIES DBA COMMERCEHUB CIT (F/K/A MERCENT CORPORATION) |
| 46. | COMMISSION JUNCTION, INC. (F/K/A BE FREE) |
| 47. | COMPASS ENGINEERING GROUP |
| 48. | CONNECTICUT GENERAL LIFE INSURANCE COMPANY |
| 49. | CORPORATION SERVICE COMPANY |
| 50. | COSCO CONTAINER LINES AMERICAS, INC. |
| 51. | COSTCO WHOLESALE |
| 52. | CRATER COMMUNICATIONS, INC. |
| 53. | CROWNE PLAZA |
| 54. | CYBERSOURCE CORPORATION |
| 55. | DEBORAH BURKE |
| 56. | DEMANDWARE, INC. |
| 57. | DSV AIR & SEA, INC. |
| 58. | DUNBAR ARMORED, INC. |
| 59. | EBAY INC. |
| 60. | EGAIN COMMUNICATIONS CORPORATION |
| 61. | EMAILAGE, CORP. |
| 62. | EPSILON DATA MANAGEMENT, LLC |
| 63. | ERIC KICHERER |
| 64. | ESCALATE, INC. DBA ESCALATE RETAIL |
| 65. | EXPERIAN MARKETING SOLUTION, INC. (CHEETAH MAIL) |
| 66. | FEDERAL EXPRESS CORPORATION |
| 67. | FEDEX |
| 68. | FEDEX GROUND PACKAGE SYSTEM, INC. |
| 69. | FIDELITY INVESTMENTS |
| 70. | FIDELITY MANAGEMENT TRUST COMPANY |
| 71. | FOCUS TECHNOLOGY SOLUTIONS, INC. |
| 72. | FOKO |
| 73. | FOKO, INC. |
| 74. | GARDA CL GREAT LAKES, INC. |
| 75. | GENERAL INFORMATION SERVICES (GIS) |
| 76. | GLOBAL COMPLIANCE SERVICES, INC. (A/K/A NAVEX) |
| 77. | GOLD CREST DISTRIBUTING LLC |
| 78. | GOOGLE, INC. |
| 79. | GRANT THORNTON LLP |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
|---|---|
| 80. | HCC LIFE INSURANCE COMPANY |
| 81. | HOLIDAY INN EXPRESS & SUITES |
| 82. | HOUSTON AIRPORT SYSTEM |
| 83. | HS BRANDS |
| 84. | HSN LP |
| 85. | IBI ARMORED SERVICES, INC. |
| 86. | IBM (INTERNATIONAL BUSINESS MACHINES CORPORATION) |
| 87. | INFOR (US), INC. (F/K/A LAWSON) |
| 88. | INFORMATION MANAGEMENT & SECURITIES, LLC D.B.A. IMS |
| 89. | INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM) |
| 90. | IRON MOUNTAIN |
| 91. | JOOMAG |
| 92. | KRONOS INCORPORATED |
| 93. | LINKEDIN |
| 94. | LOGILITY, INC. |
| 95. | LOOMIS ARMORED US, LLC |
| 96. | LP NETWORK D/B/A SECURITY SOURCE |
| 97. | MANHATTAN ASSOCIATES, INC. |
| 98. | MASTERCARD INTERNATIONAL INC. |
| 99. | MERCER |
| 100. | METLIFE INSURANCE COMPANY USA |
| 101. | MICROSOFT |
| 102. | MIRAMAR TRANSPORTATION WAREHOUSING AGREEMENT |
| 103. | MOL (AMERICA) |
| 104. | MONEY NETWORK FINANCIAL, LLC |
| 105. | MSC MEDITERRANEAN SHIPPING COMPANY S.A |
| 106. | NATHAN WECHSLER & COMPANY |
| 107. | NEW ENGLAND DOCUMENTS SYSTEM (NEDOCS) |
| 108. | NEWEGG, INC. |
| 109. | NEXXT, INC |
| 110. | NTIRETY, INC. (DBA ONDEMAND SERVICE) |
| 111. | OCULUS, INC. |
| 112. | ORACLE AMERICA, INC. |
| 113. | PAYFLEX SYSTEMS USA, INC. |
| 114. | PAYPAL INC. |
| 115. | PERUSE SOFTWARE, INC. |
| 116. | PILOT AIR FREIGHT CORP. |
| 117. | PINARD WASTE SYSTEMS, INC. |
| 118. | PITNEY BOWES INC. |
| 119. | PIXELMEDIA |
| 120. | PIXELMEDIA |
| 121. | PROTECTION ONE (PROTECTION 1) |
| 122. | PROTECTION ONE (PROTECTION 1) |
| 123. | PRUDENTIAL |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
|---|---|
| 124. | QBE COMPANIES (STONINGTON INSURANCE CO., PRAETORIAN INSURANCE CO., & QBE INSURANCE CORPORATION) |
| 125. | QLIK |
| 126. | RETAILNEXT, INC. |
| 127. | RICOH USA, INC. (F/K/A IKON FINANCIAL SERVICES) |
| 128. | RSIG SECURITY |
| 129. | RUE LA LA (RETAIL CONVERGENCE.COM) |
| 130. | RYAN, INC. |
| 131. | SEARS HOLDINGS MANAGEMENT CORPORATION |
| 132. | SECURITAS SECURITY SERVICES USA, INC. |
| 133. | SECURITY RESOURCES, INC. |
| 134. | SEKO |
| 135. | SEKO WORLDWIDE |
| 136. | SENTRY INSURANCE |
| 137. | SILKROAD TECHNOLOGY, INC. |
| 138. | SILVER BAY SOFTWARE, LLC |
| 139. | SIRIUS COMPUTER SOLUTIONS, INC. |
| 140. | SNAP LLC |
| 141. | SPS COMMERCE |
| 142. | SPS COMMERICE, INC. |
| 143. | STANLEY ELEVATOR COMPANY, INC. |
| 144. | TALX CORPORATION (EQUIFAX WORKFOCE SOLUTIONS) |
| 145. | TARGET |
| 146. | TAURUS SOFTWARE, INC. |
| 147. | TECH DATA CORPORATION |
| 148. | THE GEM GROUP INCORPORATED |
| 149. | THE TJX COMPANIES, INC. |
| 150. | TOSHIBA BUSINESS SOLUTIONS (USA), INC. DBA: TOSHIBA FINANCIAL SERVICES |
| 151. | TSYS MERCHANT SOLUTIONS, LLC |
| 152. | UNITED PARCEL SERVICE, INC. (UPS) |
| 153. | USA800, INC. |
| 154. | VENDORNET, INC. |
| 155. | VERIZON WIRELESS |
| 156. | VERTEX, INC. |
| 157. | W.B. MASON CO. INC. |
| 158. | WALMART |
| 159. | WASHINGTON INVENTORY SERVICE (WIS INTERNATIONAL) |
| 160. | WASHINGTON RETAIL ASSOCIATION (WRA) |
| 161. | WASTE MANAGEMENT |
| 162. | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 163. | WHISKEY REBELLION RETAIL CONSULTING |
| 164. | WILLIS TOWERS WATSON |
| 165. | WILMINGTON TRUST |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
|---|---|
| 166. | WINDSTREAM COMMUNICATIONS, INC. |
| 167. | WORKFLOW SOLUTIONS LLC (WORKFLOWONE) |
| 168. | WORLD TRAVEL |
| 169. | XEROX CORPORATION |
| 170. | YANG MING (AMERICA) CORPORATION |
| 171. | YRC (FORMERLY KNOWN AS ROADWAY EXPRESS, INC.) |
| 172. | YRC ENTERPRISES SERVICES, INC. |

| EMPLOYEES IN U.S. TRUSTEE'S OFFICE, DISTRICT OF DELAWARE | |
|---|---|
| 1. | ATTIX, LAUREN |
| 2. | BUCHBINDER, DAVID |
| 3. | CASEY, LINDA |
| 4. | DICE, HOLLY |
| 5. | DORTCH, SHAKIMA L. |
| 6. | FOX, TIMOTHY J., JR. |
| 7. | GIORDANO, DIANE |
| 8. | GREEN, CHRISTINE |
| 9. | HACKMAN, BENJAMIN |
| 10. | HECK, JEFFREY |
| 11. | KEILSON, BRYA |
| 12. | KENNEY, MARK |
| 13. | LEAMY, JANE |
| 14. | MCCOLLUM, HANNAH M. |
| 15. | O'MALLEY, JAMES R. |
| 16. | PANACIO, MICHAEL |
| 17. | SARKESSIAN, JULIET |
| 18. | SCHEPACARTER, RICHARD |
| 19. | SERRANO, EDITH A. |
| 20. | STARR, KAREN |
| 21. | TINKER, T. PATRICK |
| 22. | VINSON, RAMONA |
| 23. | WEISSGERBER, JACLYN |
| 24. | WEST, MICHAEL |
| 25. | WYNN, DION |

| U.S. BANKRUPTCY COURT JUDGES, DISTRICT OF DELAWARE | |
|---|---|
| 1. | THE HON. KEVIN J. CAREY |
| 2. | THE HON. KEVIN GROSS |
| 3. | THE HON. BRENDAN L. SHANNON |
| 4. | THE HON. LAURIE SELBER SILVERSTEIN |
| 5. | THE HON. CHRISTOPHER S. SONTCHI |
| 6. | THE HON. MARY F. WALRATH |

| DEBTORS' BANK ACCOUNTS | |
|---|---|
| 1. | AMERICAN SAVINGS BANK |
| 2. | ANB BANK |
| 3. | BANCO POPULAR |
| 4. | BANK MIDWEST |
| 5. | BANK OF AMERICA |
| 6. | BANK OF HAWAII |
| 7. | BB&T |
| 8. | CAPITAL ONE |
| 9. | CHASE |
| 10. | CITIBANK |
| 11. | CITIZENS BANK |
| 12. | COMMERCE BANK, NATIONAL ASSOCIATION |
| 13. | COMERICA BANK |
| 14. | FIFTH THIRD BANK |
| 15. | FIRST BANK |
| 16. | FIRST CITRUS BANK |
| 17. | FIRST COMMUNITY BANK OF THE OZARKS |
| 18. | FIRST NATIONAL BANK |
| 19. | FIRST TENNESSEE |
| 20. | HUNTINGTON NATIONAL BANK |
| 21. | IBC BANK |
| 22. | KEY BANK |
| 23. | M&T BANK |
| 24. | MIDLAND STATES BANK |
| 25. | NYCB FAMILY OF BANKS |
| 26. | PEOPLE'S UNITED BANK |
| 27. | PNC BANK |
| 28. | PUBLIC SERVICE CREDIT UNION |
| 29. | REGIONS BANK |
| 30. | SALEM FIVE |
| 31. | STATE BANK OF TEXAS |
| 32. | SUN TRUST |
| 33. | TD BANK |
| 34. | TRUSTMARK |

| 35. | UMB BANK |
| 36. | US BANK |
| 37. | VALLEY NATIONAL BANK |
| 38. | WELLS FARGO |
| 39. | WILMINGTON FUND SOCIETY, FSB |

## Schedule 2

## Disclosures

a.  Hilco and certain of its affiliates employ the following individuals who previously were associated with the Bankruptcy and Corporate Restructuring section of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST") in Wilmington, Delaware: (i) Ian S. Fredericks, Executive Vice President and Chief Legal Officer of Hilco Merchant Resources, LLC, and (ii) David Peress, Executive Vice President of Hilco IP Services, LLC. Mr. Fredericks and Mr. Peress left YCST in 2008 and 2000, respectively.  While at YCST, the Honorable Brendan Linehan Shannon (District of Delaware) was a partner in the Bankruptcy and Corporate Restructuring section.

b.  From time to time, Hilco engages in business on a joint venture basis with other nationally recognized retail liquidation firms, including Gordon Brothers Retail Partners, LLC, its joint venture partner in these cases, which, as described in the *Declaration of Disinterestedness of Mackenzie Shea in Support of Debtors' Motion for Interim and Final Orders (A) Authorizing the Debtors to Assume the Store Closing Agreement, (B) Authorizing and Approving the Store Closing Sales Free and Clear of all Liens, Claims and Encumbrances, (c) Authorizing the Implementation of Customary Employee Bonus Program and Payments to Noninsiders thereunder, (D) Approving Dispute Resolution Procedures, and (E) Approving the Debtors' Store Closing Plan*, has a connection to Gordon Brothers Finance Company.

c.  Simon Property Group and General Growth Property Group, or their affiliates, are identified as landlords to the Debtors.  Hilco, Simon Property Group and General Growth Property Group are each minority equity holders, together with other investors, in two entities unaffiliated with and unrelated to the Debtors and these chapter 11 cases.

d.  Hilco and its subsidiaries have provided retail asset advisory and inventory monetization services in matters unrelated to the Debtors and these chapter 11 cases to (i) Sears Holdings Corporation and (ii) Target.

e.  Hilco Real Estate, LLC ("HRE"), an affiliate of Hilco, provides lease acquisition, disposition, and restructuring services to its commercial real estate clients.  In the course of providing such services, HRE may have transacted with one or more of the parties in interest identified as landlords of the Debtors on matters unrelated to the Debtors.

f.  Affiliates of Hilco have debt facilities in place with Bank of America, JP Morgan Chase Bank, N.A., and US Bank.  Hilco is an obligor and borrower under such debt facilities.

g.  In matters unrelated to the Debtors, affiliates of Hilco are performing or have previously performed asset appraisal, asset due diligence, real estate appraisal, advisory and consulting, industrial asset monetization or disposition services for (or related to) the following (i) Wells Fargo Bank, (ii) Standard Register Company, (iii) YRC Worldwide, Inc., (iv) AFCO, (v) Anker, (vi) AQ Textiles LLC, (vii) Bank of America, (viii) Bass Security Services, Inc., (ix) Kronos Canada, (x) Kronos Louisiana, (xi) Kronos USA, (xii) Mercer Foods LLC, (xiii) Mercer Windows, (xiv) Newegg, Inc., (xv) Tech Data Corporation, (xvi) Verizon Wireless, (xvii) W. B. Mason Co. Inc., (xviii) Wal-Mart, (xix) Capital One, (xx) Chase, (xxi) Citibank, (xxii) Citizens Bank, (xxiii) Comerica Bank, (xxiv) Key Bank, (xxv) PNC Bank, (xxvi) Regions Bank, (xxvii) SunTrust, (xxviii) TD Bank, and (xxix) U.S. Bank.

h.  Morgan, Lewis & Brockius, counsel to Wells Fargo Bank, N.A., currently represents or in the past has represented Hilco or its affiliated companies in matters unrelated to the Debtors and these chapter 11 cases.

i.  Because of the magnitude of the entire creditor list in these cases, it is possible that Hilco may represent or may have represented other creditors of the Debtors but does not represent any such creditors in connection with these cases. Hilco presently or in the past has served as an agent or consultant in other matters, wholly unrelated to the Debtors or these cases, in which other attorneys, accountants and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.

j.  Hilco does not believe that the connections disclosed herein create a conflict of interest regarding the Debtors or these chapter 11 cases.