## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | § | Case No. 18-11780 (BLS) |
| | § | |
| Debtor. | § | |
| | § | |

**DECLARATION OF DISINTERESTEDNESS OF MACKENZIE SHEA IN SUPPORT OF DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO ASSUME THE CLOSING STORE AGREEMENT, (B) AUTHORIZING AND APPROVING STORE CLOSING SALES FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, (C) AUTHORIZING THE IMPLEMENTATION OF CUSTOMARY EMPLOYEE BONUS PROGRAM AND PAYMENTS TO NONINSIDERS THEREUNDER, (D) APPROVING DISPUTE RESOLUTION PROCEDURES, AND (E) APPROVING THE DEBTORS' STORE CLOSING PLAN**

I, Mackenzie Shea, make this declaration pursuant to 28 U.S.C. § 1746:

1.      I am Associate General Counsel of Gordon Brothers Group, LLC ("Gordon Brothers"), parent company of Gordon Brothers Retail Partners, LLC ("GBRP"), a retail consulting firm that maintains offices at 800 Boylston Street, 27th Floor, Boston, MA 02199.

2.      I am authorized to make this Declaration on behalf of GBRP (the "Declaration"). Unless otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, or my opinion based upon my experience, or upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of Gordon Brothers under my supervision and direction. I am over the age of 18. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

---

[1]  The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515), and Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

3.      I submit this Declaration in support of the *Debtors' Motion For Interim And Final Orders (A) Authorizing The Debtors To Assume The Closing Store Agreement, (B) Authorizing And Approving Store Closing Sales Free And Clear Of All Liens, Claims And Encumbrances, (C) Authorizing The Implementation Of Customary Employee Bonus Program And Payments To Noninsiders Thereunder, (D) Approving Dispute Resolution Procedures, And (E) Approving The Debtors' Store Closing Plan* (the "Store Closing Motion").  Although not required for purposes of approval of the Store Closing Motion pursuant to Sections 363 and 365 of the Bankruptcy Code, I submit this Declaration and disclose GBRP's connections to the Debtors and Parties-In-Interest (as defined below) in support thereof.  I have reviewed and am familiar with the Store Closing Motion and the relief sought therein.

4.      GBRP is a retail consulting firm with significant experience assisting companies in maximizing the value of retail inventory both in and out of bankruptcy cases.  GBRP, together with its contractual joint venture partner Hilco Merchant Resources, LLC ("Hilco"), is well qualified to act as consultant to the Debtors in these cases to supervise store closings at certain of the Debtors' stores.

## CONNECTIONS

5.      In the ordinary course of its business, GBRP, through its parent company, Gordon Brothers, maintains a database for purposes of performing "conflicts checks."  The database contains information regarding the present and past representations and transactions of Gordon Brothers and all other subsidiary companies presently controlled by Gordon Brothers (including GBRP).  I obtained a list of the Debtors, certain of the Debtors' creditors, and other parties in interest (collectively, the "Parties-In-Interest") from counsel to the Debtors.  The Parties-In-Interest identified on **Schedule 1** hereto were searched in the aforementioned database for purposes

of determining the connection(s) which Gordon Brothers and other subsidiary companies presently controlled by Gordon Brothers (including GBRP) have with such entities.  To the best of my knowledge and belief, after conducting the inquiry outlined above, during the last two (2) years GBRP has no connection with the Debtors, or with the Parties-In-Interest in matters related to the Debtors, except as disclosed or otherwise described in this Declaration, including:

(a)     GBRP executed a recent non-disclosure agreement with the Debtors dated July 17, 2018 regarding a potential transaction with, and/or services to be provided to, the Debtors in connection with these chapter 11 cases.  GBRP has executed prior non-disclosure agreements regarding the Debtors from time to time, including in connection with the Debtors' prior bankruptcy cases, but no transactions or engagements are believed to have resulted therefrom.

(b)     GBRP's affiliate, Gordon Brothers Asset Advisors, LLC, has in the past conducted appraisals of the Debtors' assets on behalf of former lenders to the company.  The most recent such appraisal was conducted on or about December 2011.

(c)     GBRP and its affiliate, Gordon Brothers Brands, LLC, have in the past performed contractual services for Gordon Brothers Finance Company ("Finance Company") regarding the Debtors.  The most recent such services were performed on or about July 2018.  The relationship between GBRP and Finance Company is further discussed at paragraph 6 below.

(d)     Prior to joining Gordon Brothers in October 2016, I was a partner in the law firm of K&L Gates, LLP and served as counsel to the Debtors, including in connection with their 2014 chapter 11 cases.

6.     In addition to any connections disclosed in Paragraph 5, Gordon Brothers owns a minority interest in, has certain contractual relationships with, and from time to time may provide contractual services principally related to asset valuation and review of third-party appraisals to Finance Company in the ordinary course of its business.  A wholly owned subsidiary of Finance Company, Gordon Brothers Finance Company, LLC ("FinCo"), is a secured lender to the Debtors.

The following further summarizes the key components of the relationship between Gordon Brothers and GBRP, on the one hand, and Finance Company and FinCo, on the other hand.[2]

(a)    Gordon Brothers owns 100% of GRBP (i.e., the entity providing services to the Debtors as part of the contractual joint venture with Hilco).

(b)    A separate wholly owned subsidiary of Gordon Brothers, GB Credit Partners, LLC ("GB Credit"), owns a 19.9%[3] minority interest in Finance Company in the form of common stock.

(c)    Finance Company is 80.1% owned by an affiliate of Blackrock (BlackRock Capital Investment Corporation) and was incorporated by Blackrock in connection with Blackrock's 2014 purchase of a majority interest in the loan portfolio business from Gordon Brothers.  In addition to the common stock, GB Credit holds a seller note owed by Finance Company as a result of the transaction.

(d)    Following the transaction, Gordon Brothers licenses the "Gordon Brothers" name and mark (and certain related names and marks) to Finance Company for use in Finance Company's business, and further, Finance Company leases office space from Gordon Brothers pursuant to a desk sharing agreement.

(e)    As a minority shareholder and subordinated debt holder of Finance Company, neither GB Credit nor its parent company, Gordon Brothers have any control or decision-making authority for Finance Company or FinCo.

(f)    Neither GB Credit nor Gordon Brothers have an appointee on Finance Company's board of directors nor do either have the right to designate any directors on the board or to observe the board's activities.  They have only limited information rights from Finance Company.

(g)    Further, none of GB Credit's, Gordon Brothers' or GBRP's employees (and specifically, none of those who will be providing store closing services to the Debtors) hold (or held within the past two years) positions as officers, directors, or employees at Finance Company or FinCo.

(h)    In addition to GB Credit's holdings in Finance Company, both Gordon Brothers and a Gordon Brothers' employee related investment vehicle (the "Employee Fund") hold certain subordinated junior notes owed by Finance Company.[4]  Similarly to what is set forth in subsections (e) and (f) above, these

---

[2]  For purposes of this paragraph 6, the holdings were calculated as of August 22, 2018, unless otherwise noted.

[3]  As of the filing of these chapter 11 cases (the "Filing Date"), GB Credit's equity interest was equal to 20.0%.  On a fully diluted basis, however, it was believed that the percentage interest may be below 20.0% if certain vested stock options held by unaffiliated third parties were exercised.  GB Credit has, since the Filing Date, sold a sufficient amount of common stock to reduce its equity interest, as of the date hereof, to 19.9% without regard to the exercise of options by third parties.

[4]  For simplicity, I refer to Gordon Brothers' holdings in this subsection as all being in the form of junior notes.

junior notes do not convey any control or decision-making authority for Finance Company nor provide any rights to designate any directors or observe the board, but rather, are passive, non-voting, economic investments.

(i)      In sum, GB Credit, Gordon Brothers, the Employee Fund (and for the avoidance of doubt, GBRP, which itself has no holdings in Finance Company) have not been, and would not be, making any decisions on behalf of Finance Company, its business, or in particular, with respect to FinCo's secured loan to the Debtors.

(j)      Likewise, Finance Company and FinCo have not been, and would not be, making any decisions on behalf of GB Credit, Gordon Brothers, the Employee Fund, GBRP, their respective businesses, or in particular, with respect to GBRP's store closing services to the Debtors.

7.      Except as otherwise may be disclosed herein, to the best of my knowledge and belief, after reasonable inquiry, neither I, GBRP, nor any principal, consultant or employee thereof:

(a) are creditors, equity security holders, or insiders of the Debtor; and/or

(b) are (or within two (2) years before the Petition Date were) a director or officer of the Debtor.

8.      As a part of a large and diverse business operation, Gordon Brothers (including its affiliates) has previously, is currently, and may in the future appear or participate (as agent, consultant, appraiser, professional, advisor, investor, principal or otherwise) in numerous cases, proceedings, transactions and engagements, with, among other market participants, professionals, advisors, banks and other lenders, landlords, restructuring firms, liquidation firms, vendors, insurance carriers and brokers, operating companies, and equity and/or debt holders, each of whom may be involved in these proceedings, may represent Parties in-Interest in these cases, and/or may be Parties-in-Interest in these cases ("Ordinary Course Interactions"). Except as disclosed above, none of the Ordinary Course Interactions are matters directly connected or relating to the Debtors

---

Certain of those holdings, however, are in the form of preferred equity, which is the functional equivalent to subordinated debt in Finance Company's capital structure.  The Employee Fund's holdings are all in the form of junior notes.

or these chapter 11 cases, nor does GBRP believe that any of the Ordinary Course Interactions will interfere with or impair GBRP's activities, actions, responsibilities or objectives in these cases. Without limiting the generality of the foregoing disclosure, and by way of example only for purposes of erring on the side of adequate disclosure:

- Gordon Brothers has a corporate banking relationship with a syndicate of lenders including Bank of America, N.A., JP Morgan Chase Bank, N.A., Citizens Bank, N.A., and Wells Fargo Bank, N.A.

- Gordon Brothers' affiliate, DJM Realty Services, LLC, provides various real estate advisory and consulting services (including without limitation lease and fee-owned acquisition, disposition, and restructuring services) in the ordinary course of business to many tenants, landlords, guarantors, lessors, lessees, and managers and may have transacted with Parties-in-Interest identified as landlords on matters unrelated to the Debtors or these chapter 11 cases.

- Gordon Brothers' affiliate Gordon Brothers Asset Advisors, LLC, provides various appraisal services in the ordinary course of business to many lenders, investors, and other market participants, including some identified as Parties-In-Interest in these chapter 11 cases.  In addition, other Gordon Brothers' affiliates have been or are engaged by these financial institutions to perform other services for such clients and/or their respective borrowers.  Except for any disclosed in Paragraph 5 above, such transactions are unrelated to the Debtors or these chapter 11 cases.

- Gordon Brothers' affiliate Gordon Brothers Commercial and Industrial, LLC, provides various commercial and industrial disposition services in the ordinary course of business to many business operators, lenders and other debt holders, and equity holders.

- Gordon Brothers' affiliate, Gordon Brothers Brands, LLC, values, acquires, restructures and invests in intellectual property.

- Gordon Brothers' affiliate, Gordon Brothers International, LLC, provides many of the same appraisal, disposition, and other services provided by other Gordon Brothers affiliates, primarily in jurisdictions outside North America.

- Gordon Brothers and its affiliates have had Ordinary Course Interactions with certain of the Parties-In-Interest within the prior two years including (1) Wells Fargo Bank, N.A.; (2) Innovative Technology Electronics, LLC; (3) Unipart Group; (4) Simon Property Group, Inc.; (5) General Growth Property Group; (6) Sanpower Group Co., Ltd.; (7) Chubb; (8) Aon; (9) QBE; (10) HCC; (11)

Pitney Bowes; (12) Rue La La; (13) Sears; (14) Target; and (15) Walmart, but as noted previously, other than as set forth in Paragraph 5 above, none of such Ordinary Course Interactions are related to the Debtors or these chapter 11 cases.

- Gordon Brothers has close relationships with several law firms based upon such firms' extensive representation of it and its affiliates, including without limitation Choate Hall & Stewart LLP; Curtis, Mallet-Prevost, Colt & Mosle LLP; DLA Piper LLP; Goulston & Storrs, P.C.; Katten Muchin Rosenman LLP; and Riemer & Braunstein LLP.  One or more of these law firms may represent other Parties-In-Interest in these chapter 11 cases.

- Gordon Brothers may have transactions or engagements in which certain of the Debtors' professionals, including without limitation, Berkley Research Group, LLC, represent other parties involved therein.

- Gordon Brothers, from time to time, engages in business on a joint venture basis with other nationally recognized retail liquidation firms, including Hilco, its joint venture partner in these chapter 11 cases.

9.      Without limiting the generality of the foregoing paragraph, it is possible that one or more law firms engaged by the Debtors or other Parties-In-Interest have previously or are currently representing Gordon Brothers or its affiliates in matters unrelated to the Debtor or these chapter 11 cases, and that such representations are not necessarily reflected in Gordon Brothers' database for purposes of performing "conflicts checks."  Except as disclosed above, any such law firm's representation of Gordon Brothers and its affiliates is not material to its business and in any event, is unrelated to the Debtors and these chapter 11 cases.

10.      In addition, Gordon Brothers is a portfolio company of investment funds managed by Stone Point Capital LLC (such investment funds and manager, collectively, "Stone Point").  No facts or circumstances concerning Stone Point, or any other portfolio company of any investment fund managed by Stone Point[5] or any other entities affiliated with Stone Point (collectively, "Stone

---

[5]  Gordon Brothers is one such portfolio company and any of its connections, and those of its subsidiaries, are disclosed in Paragraph 5 above.

Point Entities") were reviewed or considered as part of preparing this Declaration (and thus were not disclosed as part of this Declaration).

11.     Insofar as other connections with Parties-in-Interest are concerned, it is possible that one or more shareholders, directors, officers and employees of GBRP, its parent and affiliates may have personal or social connections with certain Parties-in-Interest.   Additionally, it is possible that one or more shareholders, directors, officers and employees of GBRP, its parent and affiliates may hold gift cards, credits or have other ordinary business relationships with the Debtors.

12.     Except as to its contractual joint venture partner Hilco Merchant Resources, LLC, Neither I, GBRP, nor any principal, consultant or employee thereof has agreed to share or will share any portion of the compensation to be received from the Debtors by GBRP with any other person other than the principals and regular employees of GBRP.

13.     In the ninety (90) days prior to the filing of these chapter 11 cases, GBRP did not receive any payment from the Debtors.

14.     To the best of my knowledge, neither I, GBRP, nor any principal, consultant or employee thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which GBRP is engaged.

15.     The disclosures identified above are based upon my knowledge and belief after reasonable inquiry.  GBRP, its parent, and affiliates will continue to review their relationships. Accordingly, this Declaration will be supplemented as appropriate.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my personal knowledge and information.

Dated: Boston, Massachusetts
      August 24, 2018

**Gordon Brothers Group, LLC**

By: _____
    Mackenzie Shea
    Associate General Counsel

Schedule 1

Parties-in-Interest

## BROOKSTONE - LIST OF INTERESTED PARTIES

| DEBTOR AND NON-DEBTOR AFFILIATES (INCLUDING ANY TRADE NAMES) | |
|---|---|
| 1. | BROOKSTONE HOLDINGS CORP. |
| 2. | BROOKSTONE, INC. |
| 3. | BROOKSTONE COMPANY, INC. |
| 4. | BROOKSTONE RETAIL PUERTO RICO, INC. |
| 5. | BROOKSTONE INTERNATIONAL HOLDINGS, INC. |
| 6. | BROOKSTONE PURCHASING, INC. |
| 7. | BROOKSTONE STORES, INC. |
| 8. | GARDENERS EDEN, INC. |
| 9. | BROOKSTONE MILITARY SALES, INC. |
| 10. | BIG BLUE AUDIO LLC |
| 11. | BROOKSTONE HOLDINGS, INC. |
| 12. | BROOKSTONE PROPERTIES, INC. |
| 13. | BROOKSTONE HONG KONG HOLDINGS LIMITED |
| 14. | ADVANCED AUDIO CONCEPTS, LIMITED |
| 15. | BROOKSTONE LAX T-6, LLC |
| 16. | BROOKSTONE O'HARE, LLC |
| 17. | NATIONAL CONCESSIONS MANAGEMENT BROOKSTONE STORES GEORGIA LLC |
| 18. | BROOKSTONE CHARLOTTE, LLC |
| 19. | AREAS BROOKSTONE ATLANTA JV, LLC |
| 20. | BROOKSTONE STORES DTW, LLC |
| 21. | BROOKSTONE DALLAS FORT WORTH, LLC |
| 22. | BROOKSTONE STORES SAT, LLC |
| 23. | BROOKSTONE O'HARE II, LLC |
| 24. | BROOKSTONE O'HARE T-5, LLC |
| 25. | NATIONAL CONCESSIONS MANAGEMENT BROOKSTONE STORES GEORGIA II, LLC |
| 26. | BROOKSTONE HOUSTON T-B, LLC |
| 27. | BROOKSTONE DEN T-B, LLC |
| 28. | BROOKSTONE PDX, LLC |
| 29. | CARRY ON DTW, LLC |
| 30. | CARRY ON SLC T-2, LLC |
| 31. | BROOKSTONE IAH T-A, LLC |
| 32. | BROOKSTONE IAD T-B, LLC |
| 33. | BROOKSTONE LABS ASIA, INC. |
| 34. | BROOKSTONE DESIGN STUDIO, INC. |
| 35. | BROOKSTONE AR STUDIO, INC. |
| 36. | BROOKSTONE GREATER CHINA HOLDINGS LIMITED |

| | **CURRENT OFFICERS AND DIRECTORS, BOARD MEMBERS OF THE DEBTORS AND INDIVIDUALS WHO HAVE SERVED AS OFFICERS OR DIRECTORS OF THE DEBTORS IN THE PAST TWO YEARS** |
|---|---|
| 1. | PIAU PHANG FOO (PRESIDENT & CEO AND DIRECTOR) |
| 2. | TOM CONNOLLY (VP, OPERATIONS AND ASSISTANT TREASURER) |
| 3. | XIA PING (PATRICK) (FORMER SVP, CFO AND SUBSIDIARIES DIRECTOR) |
| 4. | DAVID FIGLER (VP PRODUCT MARKETING & INNOVATION) |
| 5. | SUSAN MCGRATH (VP HUMAN RESOURCES) |
| 6. | STEPHEN A. GOULD (SVP GENERAL COUNSEL AND SECRETARY) |
| 7. | KEN BOREMI (VP, RETAIL) |
| 8. | YAN KEYA (ALAN) (DIRECTOR) |
| 9. | MARK HEIMOWITZ (INDEPENDENT DIRECTOR) |
| 10. | GREG TRIBOU (VP, CFO AND TREASURER) |
| 11. | LAUREN VAN HEERDEN (FORMER VP, CHIEF INNOVATION OFFICER) |
| 12. | NEAL PANZA (FORMER VP, RETAIL) |
| 13. | KEVIN BLOSSOM (FORMER VP, WHOLESALE) |
| 14. | DANA SCHWARTZ (FORMER VP, ECOMMERCE) |
| 15. | KIRAN SMITH (FORMER VP, CHIEF MARKETING OFFICER) |
| 16. | MARCELO PODESTA (FORMER VP, CHIEF MERCHANDISING OFFICER) |
| 17. | STEPHEN SILBAUGH (FORMER SVP, BRAND & STRATEGY) |
| 18. | CHENG XUEYIN (FORMER DIRECTOR) |
| 19. | WANG JIAN (EDGAR) (FORMER DIRECTOR) |
| 20. | HU FANG (FRANK) (FORMER SVP, CHIEF CHINESE BUSINESS SUPPORTING OFFICER AND DIRECTOR) |
| 21. | WANG YANG (FORMER DIRECTOR) |
| 22. | FAN ZHANG (FRANK) (FORMER DIRECTOR) |
| 23. | DARREN O'BRIEN (FORMER DIRECTOR) |
| 24. | CHRIS ROLING (FORMER DIRECTOR) |
| 25. | CHEN XUDONG (FORMER CHAIRMAN OF THE BOARD) |
| 26. | FRANK J. SLEVIN (FORMER CHAIRMAN OF THE BOARD) |
| 27. | STEVEN GOLDSMITH (FORMER PRESIDENT & CEO AND DIRECTOR) |
| 28. | TONG XIN (VALEN) (FOMER SVP, CFO) |
| 29. | LIU YIQUAN (ERIC) (FORMER SVP, CHIEF PRODUCT OFFICER) |
| 30. | WANG YUZHOU (DONALD) (DIRECTOR) |
| 31. | SHI CHANGYUN (CHARLES) (DIRECTOR) |
| 32. | WU GANG (RICHARD) (DIRECTOR AND CHAIRMAN OF THE BOARD) |

| | **DEBTORS' PREPETITION AND POSTPETITION SECURED BANK LENDERS, ADVISORS AND COUNSEL** |
|---|---|
| | **BANKERS/LENDERS** |
| 1. | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 2. | GORDON BROTHERS FINANCE COMPANY |

| 3. | WILMINGTON TRUST, NATIONAL ASSOCIATION (TRUSTEE OF 10% SECOND LIEN SECURED NOTES) |
| 4. | SANPOWER (HONG KONG) COMPANY LIMITED (SUBORDINATED SECURED NOTES) |
| **COUNSEL** | |
| 1. | MORGAN, LEWIS & BOCKIUS |
| 2. | CHOATE HALL & STEWART LLP |
| 3. | STROOCK & STROOCK & LAVAN LLP |

| **HOLDERS OF MORE THAN 5% OF ANY OF THE DEBTORS' EQUITY SECURITIES** | |
| 1. | SANPOWER GROUP CO., LTD. |
| 2. | SANPOWER (HONG KONG) COMPANY LIMITED |
| 3. | LEGIT OCEAN LIMITED |
| 4. | SAILING INNOVATION (UK) LIMITED |
| 5. | SAILING INNOVATION (HK) LIMITED |

| **PARTIES RELATING TO KNOWN LITIGATION MATTERS INVOLVING THE DEBTORS** | |
| **LITIGATION** | |
| 1. | MADISON CRIBBS |
| 2. | LORENA HERNANDEZ |
| 3. | NATASHA DAVIS |
| 4. | ASIA COMBINE COMPANY, LTD. |
| 5. | NAFTALI, INC. |
| 6. | INNOVATIVE TECHNOLOGY ELECTRONICS, LLC |
| 7. | WHISKEY REBELLION RETAIL CONSULTING, INC. |
| **EMPLOYMENT CLAIMS** | |
| 1. | TIFFANY EAGLE |
| 2. | GENESIS RIVERA |
| **PATENT/TRADEMARK PETITION DISPUTES** | |
| 1. | DONGGUAN GUANLONG PHOTOELECTRIC CO., LTD. |
| 2. | BIG BLUE PRODUCTS, INC. |
| 3. | UNIPART GROUP |

| **THE DEBTORS' 30 LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS AS IDENTIFIED IN THEIR CHAPTER 11 PETITIONS** | |
| 1. | SSG-SHENZHEN YUAN CHUANG |
| 2. | SZ TELSTAR CO, LTD |
| 3. | SIMON PROPERTY GROUP, INC. |
| 4. | AFTER SHOKZ LLC |
| 5. | ASIA COMBINE CO., LTD |
| 6. | GGP |

| 7. | EMERGE TECHNOLOGIES, INC. |
| 8. | AXENT WEAR, INC |
| 9. | SHENZHEN CHAM BATTERY TECHNO |
| 10. | SHENZHEN FORREST HEALTH |
| 11. | QBE INSURANCE CORPORATION |
| 12. | PILOT AIR FREIGHT CORP |
| 13. | COZZIA USA LLC |
| 14. | TAUBMAN-CHERRY CREEK LP |
| 15. | DEMANDWARE INC |
| 16. | WESTFIELD CONCESSION MANAGEMENT |
| 17. | FEDERAL EXPRESS |
| 18. | THE BERNARD GROUP |
| 19. | SCOSCHE |
| 20. | GRANTEC ZHANGZHOU CO. LTD |
| 21. | SESSION M, INC. |
| 22. | MACERICH |
| 23. | BOSTON RETAIL PARTNERS, LLC |
| 24. | ACCTRON COMPANY LIMITED |
| 25. | JIANGSU CROSS-BORDER |
| 26. | AON RISK SERVICES NORTHEAST, I |
| 27. | SAMSONITE LLC |
| 28. | LITTLE UPSTARTS, INC. |
| 29. | TAISHIN ELECTRONIC CO LTD |
| 30. | PENSION BENEFIT GUARANTY CORPORATION |

| THE DEBTORS' OTHER PROFESSIONALS IN THE CHAPTER 11 CASES | |
| --- | --- |
| 1. | BERKELEY RESEARCH GROUP, LLC |
| 2. | GLC ADVISORS & CO., LLC |
| 3. | YOUNG CONAWAY STARGATT & TAYLOR |
| 4. | OMNI MANAGEMENT GROUP |
| 5. | THE ABERNATHY MACGREGOR GROUP, INC. |
| 6. | GROSSMAN, TUCKER, PERREAULT & PFLEGER, PLLC (IP AND TRADEMARK COUNSEL) |
| 7. | GREENBERG TRAURIG, LLP (CPSC COUNSEL) |

| THE DEBTORS' LANDLORDS | |
| --- | --- |
| 1. | 1540 SIMON PROPERTY GRP |
| 2. | ADVANCED SELF-STORAGE |
| 3. | AIRMALL |
| 4. | AIRMALL PITTSBURGH, INC. |
| 5. | ALDERWOOD MALL |
| 6. | AREAS AIRPORT RETAIL MANAGEMENT (ARM) ATLANTA, JV |
| 7. | AVENTURA MALL VENTURE |
| 8. | BAYBROOK MALL |

| THE DEBTORS' LANDLORDS | |
|---|---|
| 9. | BELLEVUE SQUARE LLC |
| 10. | BELLWETHER PROPERTIES OF MASSACHUSETTS LIMITED |
| 11. | BOHANNON DEVELOPMENT COMPANY |
| 12. | C.J. SEGERSTROM & SONS |
| 13. | CAUSEWAY ASSOCIATES |
| 14. | CBL & ASSOCIATES MANAGEMENT, INC. |
| 15. | CHERRY HILL CENTER, LLC |
| 16. | CHRISTIANA MALL LLC |
| 17. | CIRCLE CENTRE MALL LLC |
| 18. | CITY AND COUNTY OF SAN FRANCISCO |
| 19. | CITY OF SAN ANTONIO |
| 20. | CLARK COUNTY |
| 21. | COASTAL GRAND LLC |
| 22. | COCONUT POINT DEVELOPERS, LLC |
| 23. | COLONIAL REALTY LIMITED PARTNERSHIP |
| 24. | COUNTY OF ORANGE |
| 25. | COUNTY OF SACRAMENTO |
| 26. | CRITERION SANTA MONICA, LLC |
| 27. | CRYSTAL MALL, LLC |
| 28. | CVM HOLDINGS, LLC |
| 29. | DALLAS GALLERIA LIMITED |
| 30. | DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD |
| 31. | DANBURY MALL, LLC |
| 32. | DESTIN COMMOMS, LTD. |
| 33. | EKLECCO NEWCO, LLC |
| 34. | EMI SANTA ROSA LIMITED PARTNERSHIP |
| 35. | EWH ESCONDIDO ASSOCIATES, L.P. |
| 36. | FAIRFAX COMPANY OF VIRGINIA L.L.C. |
| 37. | FASHION PLACE |
| 38. | FASHION SHOW EXPANSION LLC |
| 39. | FASHION VALLEY MALL, LLC |
| 40. | FEDERAL REALTY |
| 41. | FLORIDA MALL ASSOCIATES, LTD. |
| 42. | FORBES/COHEN FLORIDA PROPERTIES LIMITED PARTNERSHIP |
| 43. | FOREST CITY |
| 44. | GGP |
| 45. | GGP-MAINE MALL L.L.C. |
| 46. | GLENDALE I MALL ASSOCIATES, LLC |
| 47. | GREATER LAKESIDE CORP. |
| 48. | HCW DEVELOPMENT |
| 49. | HCW DEVELOPMENT COMPANY, LLC |
| 50. | HEITMAN PROPERTIES OF NEW MEXICO LTD. |
| 51. | HG SHOPPING CENTERS, L.P. |
| 52. | HOOVER MALL LIMITED, L.L.C. |

| THE DEBTORS' LANDLORDS | |
| --- | --- |
| 53. | HSTA JV |
| 54. | JACKSONVILLE AVENUES LIMITED PARTNERSHIP |
| 55. | JLL |
| 56. | JMB/HAHN PDTC Associates, L.P. |
| 57. | KEYSTONE-FLORIDA PROPERTY HOLDING CORP. |
| 58. | KING OF PRUSSIA ASSOCIATES |
| 59. | LERNER ENTERPRISES |
| 60. | LEXINGTON JOINT VENTURE |
| 61. | MACERICH |
| 62. | MACERICH OAKS LLC |
| 63. | MADISON MARQUETTE |
| 64. | MALL OF LOUISIANA ASSOCIATES |
| 65. | MARKETPLACE PHILADELPHIA, LP |
| 66. | MARKETPLACE PHL, LLC (F/K/A MARKETPLACE REDWOOD LIMITED PARTNERSHIP) |
| 67. | MARKETPLACE WASHINGTON, LLC |
| 68. | MIAMI-DADE COUNTY |
| 69. | MOAC MALL HOLDINGS LLC |
| 70. | MOHEGAN TRIBAL GAMING AUTHORITY |
| 71. | MTGA |
| 72. | NATICK MALL |
| 73. | NORTHPARK DEVELOPMENT |
| 74. | NORTHPARK PARTNERS, LP |
| 75. | OAK PARK INVESTMENT, L.P. |
| 76. | PARADIES-IAH, LLC |
| 77. | PARKMEADOWS |
| 78. | PARKWAY PLACE LIMITED PARTNERSHIP |
| 79. | PENN ROSS JOINT VENTURE |
| 80. | PENN SQUARE MALL LIMITED PARTNERSHIP |
| 81. | PHEASANT LANE REALTY TRUST |
| 82. | PLAZA ASSOCIATES |
| 83. | PLAZA LAS AMERICAS, INC. |
| 84. | PPR WASHINGTON SQUARE LLC |
| 85. | PR WOODLAND LIMITED PARTNERSHIP |
| 86. | PREIT |
| 87. | PYRAMID |
| 88. | RCPI LANDMARK PROPERTIES, LLC |
| 89. | RETAIL PROP TRUST 4836 |
| 90. | RICH-TAUBMAN ASSOCIATES |
| 91. | RIVERSIDE SQUARE LIMITED PARTNERSHIP |
| 92. | ROCKAWAY CENTER ASSOCIATES |
| 93. | ROSEVILLE SHOPPINGTOWN LLC |
| 94. | SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY |
| 95. | SCOTTSDALE FASHION SQUARE LLC |

| THE DEBTORS' LANDLORDS | |
|---|---|
| 96. | SDG DADELAND ASSOCIATES, INC. |
| 97. | SEMINOLE TOWNE CENTER LIMITED PARTNERSHIP |
| 98. | SHOPPING CENTER ASSOCIATES |
| 99. | SHORT HILLS ASSOCIATES, LLC |
| 100. | SIMON CAPITAL GP |
| 101. | SIMON PROPERTY GROUP |
| 102. | SOMERSET COLLECTION LIMITED PARTNERSHIP |
| 103. | SOUTH COAST PLAZA |
| 104. | SPGIL DOMAIN, L.P. |
| 105. | STARWOOD |
| 106. | STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES, TED STEVENS ANCHORAGE INTERNATIONAL AIRPORT |
| 107. | STELLAR PARTNERS, INC. |
| 108. | STONEBRIAR MALL, LLC |
| 109. | STONERIDGE PROPERTIES LLC |
| 110. | STONETOWN SHOPPING CENTER, LP |
| 111. | SUNVALLEY SHOPPING CTR, LLC |
| 112. | TAUBMAN |
| 113. | TAUBMAN CHERRY CREEK SHOPPING CENTER, L.L.C. |
| 114. | TAUBMAN MACARTHUR ASSOCIATES LIMITED PARTNERSHIP |
| 115. | TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA |
| 116. | THE AVENUES MALL, LLC |
| 117. | THE CITY AND COUNTY OF DENVER |
| 118. | THE CITY OF CHICAGO |
| 119. | THE FEIL ORGANIZATION |
| 120. | THE FORBES COMPANY |
| 121. | THE IRVINE COMPANY LLC |
| 122. | THE MALL IN COLUMBIA BUSINESS TRUST |
| 123. | THE PARAMUS PARK SHOPPING CENTER LIMITED PARTNERSHIP |
| 124. | THE PORT OF PORTLAND |
| 125. | THE RETAIL PROPERTY TRUST |
| 126. | THE TOWN CENTER AT BOCA RATON TRUST |
| 127. | TISHMAN SPEYER |
| 128. | TOWSON TC, LLC |
| 129. | TREASURE COAST-JCP ASSOCIATES, LTD. |
| 130. | TRIPLE FIVE CORP. |
| 131. | TURNBERRY ASSOCIATES |
| 132. | TWELVE OAKS MALL, LLC |
| 133. | TYSONS CORNER HOLDINGS LLC |
| 134. | UNITED AIRLINES, INC. |
| 135. | UNIVERSITY TOWNE CENTRE LLC |
| 136. | VF MALL LLC |
| 137. | WALT WHITMAN MALL. LLC |
| 138. | WAYNE COUNTY AIRPORT AUTHORITY |

| THE DEBTORS' LANDLORDS | |
|---|---|
| 139. | WEA PALM DESERT LP |
| 140. | WEST FARMS MALL, LLC |
| 141. | WEST TOWN MALL JOINT VENTURE |
| 142. | WESTFIELD |
| 143. | WESTFIELD, LLC |
| 144. | WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP |
| 145. | WESTSHORE ASSOCIATES LIMITED PARTNERSHIP |
| 146. | WF CINEMA HOLDINGS, L.P. |
| 147. | WILLOW BEND ASSOCIATES LIMITED PARTNERSHIP |
| 148. | WINSTON-SALEM JOINT VENTURE |
| 149. | WOODFIELD MALL LLC |
| 150. | WOODLAND |
| 151. | WP GLIMCHER |

| THE DEBTORS' INSURERS AND INSURANCE BROKERS | |
|---|---|
| 1. | ACE AMERICAN INSURANCE COMPANY |
| 2. | AFFILIATED FM INSURANCE COMPANY |
| 3. | AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY |
| 4. | AON RISK INSURANCE |
| 5. | ATLANTIC SPECIALTY INSURANCE COMPANY |
| 6. | AXIS CAPITAL INSURANCE GROUP |
| 7. | AXIS INSURANCE COMPANY |
| 8. | BEAZLEY INSURANCE COMPANY |
| 9. | CHUBB |
| 10. | HISCOX INSURANCE COMPANY INC. |
| 11. | INDEMNITY INSURANCE CO. OF NA |
| 12. | NATIONAL SURETY CORPORATION |
| 13. | OHIO CASUALTY GROUP |
| 14. | QBE INS CORPORATION/NY |
| 15. | QBE INS CORPORATION |
| 16. | STATE INSURANCE FUND |
| 17. | ZURICH INSURANCE COMPANY |

| OTHER SIGNIFICANT TRADE VENDORS NOT ON DEBTORS' 30 LARGEST UNSECURED CREDITORS LIST | |
|---|---|
| 1. | FEDERAL EXPRESS |
| 2. | PILOT AIR FREIGHT CORP |
| 3. | GRAPHIC COMMUNICATIONS HOLDING |

| 4. | NINGBO COMFORT HEALTH EQ |
| 5. | SHENZHEN FORREST HEALTH |
| 6. | COZZIA USA LLC |
| 7. | MOL AMERICA INC |
| 8. | DEMANDWARE INC |
| 9. | YANG MING (AMERICA) CORP |
| 10. | TRACKR INC |
| 11. | ZHUHAI KELITONG ELEC CO. |
| 12. | INFINITE CREATIVE ENTERPRISES |
| 13. | EMERGE TECHNOLOGIES, INC. |
| 14. | SUNWELL INTERNATIONAL CORP. |
| 15. | COMMISSION JUNCTION |
| 16. | SESSION M, INC. |
| 17. | QBE NORTH AMERICA |
| 18. | YANG MING (AMERICA) CORP |
| 19. | EPSILON DATA MGMT |
| 20. | THE BERNARD GROUP |
| 21. | SEKO WORLDWIDE |
| 22. | BANKDIRECT CAPITAL FINANCE |
| 23. | IXT |
| 24. | MEDITERRANEAN SHIPPING CO |
| 25. | STANDARD REGISTER COMPANY |
| 26. | HCC LIFE INSURANCE CO. |
| 27. | AFA SALES LLC |
| 28. | SPS COMMERCE, INC. |
| 29. | CHEETAH DIGITAL INC |
| 30. | GRANT THORNTON LLP |
| 31. | GREEN PAGES, INC. |
| 32. | WILMINGTON TRUST |
| 33. | FOCUS TECHNOLOGY SOLUTIONS |
| 34. | TESTRITE VISUAL |
| 35. | WILLIS OF MASSACHUSETTS, INC |
| 36. | IBM CORPORATION |
| 37. | YRC |
| 38. | GRAPHIC COMMUNICATIONS HOLDING |
| 39. | RADIAL INC. |
| 40. | PREDICTSPRING INC |
| 41. | ARTITALIA GROUP INC |
| 42. | SEYFARTH SHAW LLP |
| 43. | AON RISK SERVICES NORTHEAST, I |
| 44. | COSCO SHIPPING LINES (NA) INC. |
| 45. | ALLSTATES WORLDCARGO INC |
| 46. | APTOS INC |
| 47. | COMMERCE TECHNOLOGIES, INC |
| 48. | SECURITAS SECURITY SERV |

| 49. | ASA PRODUCTS, INC. |
| 50. | RIVERSTONE INDUSTRIES COR |
| 51. | JDA SOFTWARE INC |
| 52. | CARBONKLEAN, LLC |
| 53. | HOWE, RILEY & HOWE, PLLC |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
| --- | --- |
| 1. | AMAZON |
| 2. | AMAZON SERVICES LLC |
| 3. | ACA TRACK |
| 4. | ADOBE SYSTEMS INC. |
| 5. | ADOBY SYSTEMS INCORPORATED (ADUS) |
| 6. | ADP |
| 7. | ADVANCED SYSTEMS CONCEPTS, INC. |
| 8. | AFCO |
| 9. | AFFINION LOYALTY GROUP |
| 10. | AFTERSHOKZ LLC |
| 11. | AGENT, LLC (ARIANA GRANDE) |
| 12. | ALLSTATES WORLDCARGO, INC. |
| 13. | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. |
| 14. | AMERICAN HERITAGE LIFE INSURANCE COMPANY (AHL) |
| 15. | ANKER |
| 16. | AON GLOBAL RISK CONSULTING (AON CONSULTING, INC.) |
| 17. | AON HEWITT |
| 18. | APPLE INC. |
| 19. | AQ TEXTILES LLC |
| 20. | AREAS BROOKSTONE ATLANTA JV, LLC |
| 21. | ARMY & AIR FORCE EXCHANGE SERVICE (AAFES) |
| 22. | ASPECT SOFTWARE, INC. |
| 23. | AT&T |
| 24. | AT&T CORP. |
| 25. | AURUS, INC. |
| 26. | AVALARA, INC. |
| 27. | AXENT WEAR, INC. |
| 28. | BAILS & ASSOCIATES, LLC (LAWSON) |
| 29. | BANC OF AMERICA MERCHANT SERVICES, LLC |
| 30. | BANK OF AMERICA, N.A. |
| 31. | BANKERS WARRANTY GROUP, INC. (BWG) |
| 32. | BANKERS WARRANTY GROUP, INC. D/B/A CENTRICITY |
| 33. | BASS SECURITY SERVICES, INC. |
| 34. | BED BATH & BEYOND INC. |
| 35. | BIT9, INC. |
| 36. | BORDERFREE (A/KA FIFTYONE, INC. / E4X, INC.) |
| 37. | BOWERS LANDING OF MERRIMACK, LLC |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
|---|---|
| 38. | BULLSEYE TELECOM, INC. |
| 39. | C.A. SHEA & COMPANY, INC. |
| 40. | CEVA FREIGHT, LLC |
| 41. | CHASE PAYMENTECH |
| 42. | CIGNA ONSITE HEALTH, LLC (CIGNA HEALTH AND LIFE INSURANCE COMPANY) |
| 43. | CITY OF MEXICO MISSOURI |
| 44. | COMCAST ENTERPRISE SERVICES |
| 45. | COMMERCE TECHNOLOGIES DBA COMMERCEHUB CIT (F/K/A MERCENT CORPORATION) |
| 46. | COMMISSION JUNCTION, INC. (F/K/A BE FREE) |
| 47. | COMPASS ENGINEERING GROUP |
| 48. | CONNECTICUT GENERAL LIFE INSURANCE COMPANY |
| 49. | CORPORATION SERVICE COMPANY |
| 50. | COSCO CONTAINER LINES AMERICAS, INC. |
| 51. | COSTCO WHOLESALE |
| 52. | CRATER COMMUNICATIONS, INC. |
| 53. | CROWNE PLAZA |
| 54. | CYBERSOURCE CORPORATION |
| 55. | DEBORAH BURKE |
| 56. | DEMANDWARE, INC. |
| 57. | DSV AIR & SEA, INC. |
| 58. | DUNBAR ARMORED, INC. |
| 59. | EBAY INC. |
| 60. | EGAIN COMMUNICATIONS CORPORATION |
| 61. | EMAILAGE, CORP. |
| 62. | EPSILON DATA MANAGEMENT, LLC |
| 63. | ERIC KICHERER |
| 64. | ESCALATE, INC. DBA ESCALATE RETAIL |
| 65. | EXPERIAN MARKETING SOLUTION, INC. (CHEETAH MAIL) |
| 66. | FEDERAL EXPRESS CORPORATION |
| 67. | FEDEX |
| 68. | FEDEX GROUND PACKAGE SYSTEM, INC. |
| 69. | FIDELITY INVESTMENTS |
| 70. | FIDELITY MANAGEMENT TRUST COMPANY |
| 71. | FOCUS TECHNOLOGY SOLUTIONS, INC. |
| 72. | FOKO |
| 73. | FOKO, INC. |
| 74. | GARDA CL GREAT LAKES, INC. |
| 75. | GENERAL INFORMATION SERVICES (GIS) |
| 76. | GLOBAL COMPLIANCE SERVICES, INC. (A/K/A NAVEX) |
| 77. | GOLD CREST DISTRIBUTING LLC |
| 78. | GOOGLE, INC. |
| 79. | GRANT THORNTON LLP |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
|---|---|
| 80. | HCC LIFE INSURANCE COMPANY |
| 81. | HOLIDAY INN EXPRESS & SUITES |
| 82. | HOUSTON AIRPORT SYSTEM |
| 83. | HS BRANDS |
| 84. | HSN LP |
| 85. | IBI ARMORED SERVICES, INC. |
| 86. | IBM (INTERNATIONAL BUSINESS MACHINES CORPORATION) |
| 87. | INFOR (US), INC. (F/K/A LAWSON) |
| 88. | INFORMATION MANAGEMENT & SECURITIES, LLC D.B.A. IMS |
| 89. | INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM) |
| 90. | IRON MOUNTAIN |
| 91. | JOOMAG |
| 92. | KRONOS INCORPORATED |
| 93. | LINKEDIN |
| 94. | LOGILITY, INC. |
| 95. | LOOMIS ARMORED US, LLC |
| 96. | LP NETWORK D/B/A SECURITY SOURCE |
| 97. | MANHATTAN ASSOCIATES, INC. |
| 98. | MASTERCARD INTERNATIONAL INC. |
| 99. | MERCER |
| 100. | METLIFE INSURANCE COMPANY USA |
| 101. | MICROSOFT |
| 102. | MIRAMAR TRANSPORTATION WAREHOUSING AGREEMENT |
| 103. | MOL (AMERICA) |
| 104. | MONEY NETWORK FINANCIAL, LLC |
| 105. | MSC MEDITERRANEAN SHIPPING COMPANY S.A |
| 106. | NATHAN WECHSLER & COMPANY |
| 107. | NEW ENGLAND DOCUMENTS SYSTEM (NEDOCS) |
| 108. | NEWEGG, INC. |
| 109. | NEXXT, INC |
| 110. | NTIRETY, INC. (DBA ONDEMAND SERVICE) |
| 111. | OCULUS, INC. |
| 112. | ORACLE AMERICA, INC. |
| 113. | PAYFLEX SYSTEMS USA, INC. |
| 114. | PAYPAL INC. |
| 115. | PERUSE SOFTWARE, INC. |
| 116. | PILOT AIR FREIGHT CORP. |
| 117. | PINARD WASTE SYSTEMS, INC. |
| 118. | PITNEY BOWES INC. |
| 119. | PIXELMEDIA |
| 120. | PIXELMEDIA |
| 121. | PROTECTION ONE (PROTECTION 1) |
| 122. | PROTECTION ONE (PROTECTION 1) |
| 123. | PRUDENTIAL |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
|---|---|
| 124. | QBE COMPANIES (STONINGTON INSURANCE CO., PRAETORIAN INSURANCE CO., & QBE INSURANCE CORPORATION) |
| 125. | QLIK |
| 126. | RETAILNEXT, INC. |
| 127. | RICOH USA, INC. (F/K/A IKON FINANCIAL SERVICES) |
| 128. | RSIG SECURITY |
| 129. | RUE LA LA (RETAIL CONVERGENCE.COM) |
| 130. | RYAN, INC. |
| 131. | SEARS HOLDINGS MANAGEMENT CORPORATION |
| 132. | SECURITAS SECURITY SERVICES USA, INC. |
| 133. | SECURITY RESOURCES, INC. |
| 134. | SEKO |
| 135. | SEKO WORLDWIDE |
| 136. | SENTRY INSURANCE |
| 137. | SILKROAD TECHNOLOGY, INC. |
| 138. | SILVER BAY SOFTWARE, LLC |
| 139. | SIRIUS COMPUTER SOLUTIONS, INC. |
| 140. | SNAP LLC |
| 141. | SPS COMMERCE |
| 142. | SPS COMMERICE, INC. |
| 143. | STANLEY ELEVATOR COMPANY, INC. |
| 144. | TALX CORPORATION (EQUIFAX WORKFOCE SOLUTIONS) |
| 145. | TARGET |
| 146. | TAURUS SOFTWARE, INC. |
| 147. | TECH DATA CORPORATION |
| 148. | THE GEM GROUP INCORPORATED |
| 149. | THE TJX COMPANIES, INC. |
| 150. | TOSHIBA BUSINESS SOLUTIONS (USA), INC. DBA: TOSHIBA FINANCIAL SERVICES |
| 151. | TSYS MERCHANT SOLUTIONS, LLC |
| 152. | UNITED PARCEL SERVICE, INC. (UPS) |
| 153. | USA800, INC. |
| 154. | VENDORNET, INC. |
| 155. | VERIZON WIRELESS |
| 156. | VERTEX, INC. |
| 157. | W.B. MASON CO. INC. |
| 158. | WALMART |
| 159. | WASHINGTON INVENTORY SERVICE (WIS INTERNATIONAL) |
| 160. | WASHINGTON RETAIL ASSOCIATION (WRA) |
| 161. | WASTE MANAGEMENT |
| 162. | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 163. | WHISKEY REBELLION RETAIL CONSULTING |
| 164. | WILLIS TOWERS WATSON |
| 165. | WILMINGTON TRUST |

| PARTIES TO MATERIAL EXECUTORY CONTRACTS | |
|---|---|
| 166. | WINDSTREAM COMMUNICATIONS, INC. |
| 167. | WORKFLOW SOLUTIONS LLC (WORKFLOWONE) |
| 168. | WORLD TRAVEL |
| 169. | XEROX CORPORATION |
| 170. | YANG MING (AMERICA) CORPORATION |
| 171. | YRC (FORMERLY KNOWN AS ROADWAY EXPRESS, INC.) |
| 172. | YRC ENTERPRISES SERVICES, INC. |

| EMPLOYEES IN U.S. TRUSTEE'S OFFICE, DISTRICT OF DELAWARE | |
|---|---|
| 1. | ATTIX, LAUREN |
| 2. | BUCHBINDER, DAVID |
| 3. | CASEY, LINDA |
| 4. | DICE, HOLLY |
| 5. | DORTCH, SHAKIMA L. |
| 6. | FOX, TIMOTHY J., JR. |
| 7. | GIORDANO, DIANE |
| 8. | GREEN, CHRISTINE |
| 9. | HACKMAN, BENJAMIN |
| 10. | HECK, JEFFREY |
| 11. | KEILSON, BRYA |
| 12. | KENNEY, MARK |
| 13. | LEAMY, JANE |
| 14. | MCCOLLUM, HANNAH M. |
| 15. | O'MALLEY, JAMES R. |
| 16. | PANACIO, MICHAEL |
| 17. | SARKESSIAN, JULIET |
| 18. | SCHEPACARTER, RICHARD |
| 19. | SERRANO, EDITH A. |
| 20. | STARR, KAREN |
| 21. | TINKER, T. PATRICK |
| 22. | VINSON, RAMONA |
| 23. | WEISSGERBER, JACLYN |
| 24. | WEST, MICHAEL |
| 25. | WYNN, DION |

| U.S. BANKRUPTCY COURT JUDGES, DISTRICT OF DELAWARE | |
|---|---|
| 1. | THE HON. KEVIN J. CAREY |
| 2. | THE HON. KEVIN GROSS |
| 3. | THE HON. BRENDAN L. SHANNON |
| 4. | THE HON. LAURIE SELBER SILVERSTEIN |
| 5. | THE HON. CHRISTOPHER S. SONTCHI |
| 6. | THE HON. MARY F. WALRATH |

| DEBTORS' BANK ACCOUNTS | |
|---|---|
| 1. | AMERICAN SAVINGS BANK |
| 2. | ANB BANK |
| 3. | BANCO POPULAR |
| 4. | BANK MIDWEST |
| 5. | BANK OF AMERICA |
| 6. | BANK OF HAWAII |
| 7. | BB&T |
| 8. | CAPITAL ONE |
| 9. | CHASE |
| 10. | CITIBANK |
| 11. | CITIZENS BANK |
| 12. | COMMERCE BANK, NATIONAL ASSOCIATION |
| 13. | COMERICA BANK |
| 14. | FIFTH THIRD BANK |
| 15. | FIRST BANK |
| 16. | FIRST CITRUS BANK |
| 17. | FIRST COMMUNITY BANK OF THE OZARKS |
| 18. | FIRST NATIONAL BANK |
| 19. | FIRST TENNESSEE |
| 20. | HUNTINGTON NATIONAL BANK |
| 21. | IBC BANK |
| 22. | KEY BANK |
| 23. | M&T BANK |
| 24. | MIDLAND STATES BANK |
| 25. | NYCB FAMILY OF BANKS |
| 26. | PEOPLE'S UNITED BANK |
| 27. | PNC BANK |
| 28. | PUBLIC SERVICE CREDIT UNION |
| 29. | REGIONS BANK |
| 30. | SALEM FIVE |
| 31. | STATE BANK OF TEXAS |
| 32. | SUN TRUST |
| 33. | TD BANK |
| 34. | TRUSTMARK |

| 35. | UMB BANK |
| 36. | US BANK |
| 37. | VALLEY NATIONAL BANK |
| 38. | WELLS FARGO |
| 39. | WILMINGTON FUND SOCIETY, FSB |