IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BROOKSTONE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11780 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 25, 75, 343, 476 & 512** |

**FINAL ORDER AUTHORIZING THE DEBTORS
TO ASSUME CLOSING STORE AGREEMENT**

Upon the *Debtors' Motion for Interim and Final Orders (A) Authorizing the Debtors to Assume Closing Store Agreement; (B) Authorizing and Approving Closing Sales Free and Clear of All Liens, Claims and Encumbrances; (C) Authorizing the Implementation of Customary Employee Bonus Program and Payments to Non-Insiders Thereunder; (D) Approving Dispute Resolution Procedures; and (E) Approving the Debtors' Store Closing Plan* [Docket No. 25] (the "Motion")[2] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that due and sufficient notice of the

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515), and Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

01:23713082.1

Motion has been given under the particular circumstances and that no other or further notice of the Motion need be given; and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and upon consideration of the First Day Declaration; and hearings having been held to consider the relief requested in the Motion; and upon the record of the hearings and all of the proceedings had before the Court, including the hearings held on August 29, 2018, and September 7, 2018; and the Court having entered that certain *Interim Order (A) Authorizing the Debtors to Assume Closing Store Agreement; (B) Authorizing and Approving Closing Sales Free and Clear of All Liens, Claims and Encumbrances; (C) Authorizing the Implementation of Customary Employee Bonus Program and Payments to Non-Insiders Thereunder; (D) Approving Dispute Resolution Procedures; and (E) Approving the Debtors' Store Closing Plan* [Docket No. 75] on August 3, 2018; and the Court having subsequently entered that certain *Interim Order (A) Authorizing the Debtors to Assume Closing Store Agreement; and Final Order (B) Authorizing and Approving Closing Sales Free and Clear of All Liens, Claims and Encumbrances; (C) Authorizing the Implementation of Customary Employee Bonus Program and Payments to Non-Insiders Thereunder; (D) Approving Dispute Resolution Procedures; and (E) Approving the Debtors' Store Closing Plan* [Docket No. 343] (the "Second Order"), whereby the Court entered a final order authorizing, among other things, the Debtors to conduct store closing sales on the terms set forth in the Agency Agreement, and a supplemental interim order authorizing the Debtors to assume the Closing Store Agreement subject to the Court's further decision regarding the proposed assumption, on a final basis, of the Closing Store Agreement; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; and the Court having issued its *Opinion* dated October 1, 2018 [Docket No. 476] (the "Opinion"),

**IT IS HEREBY ORDERED THAT:**

1. For the reasons stated in the Opinion, the Objection of the Office of the United States Trustee to the Motion is overruled, and this Order satisfies the terms set forth in Paragraph 35 of the Second Order to provide final relief with respect to the issue that was previously *sub judice* and adjudicated as set forth in the Opinion.

Dated: October 9, 2018
Wilmington, Delaware

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE