**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | Case No. 18-11780 (BLS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 813** |

**ORDER, PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE,**
**EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH THE DEBTORS MAY**
**FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon consideration of the motion (the "Motion")[2] of the Debtors for entry of an

order, pursuant to section 1121(d) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local

Rule 9006-2, extending the Debtors' exclusive periods to file a chapter 11 plan or plans and to

solicit acceptances of such plan(s); and upon consideration of all pleadings related thereto; and

due and proper notice of the Motion having been given; and it appearing that no other or further

notice of the Motion is required; and it appearing that this Court has jurisdiction to consider the

Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of*

*Reference* dated February 29, 2012, from the United States District Court for the District of

Delaware; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C.

---

[1]    The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515), and Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

01:23902858.1

§§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.     The Motion is GRANTED to the extent provided herein.

2.     The Debtors' Exclusive Filing Period in these chapter 11 cases shall be extended through and including January 29, 2019.

3.     The Debtors' Exclusive Solicitation Period in these chapter 11 cases shall be extended through and including April 1, 2019.

4.     The entry of this Order shall be without prejudice to the rights of the Debtors and their estates to seek further extensions of the Exclusive Periods in these Chapter 11 Cases or to seek other appropriate relief.

5.     This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: December 13, 2018
Wilmington, Delaware

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

01:23902858.1

2