# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | Case No. 18-11780 (BLS) |
| Debtors. | (Jointly Administered) |
| BKST BRAND HOLDINGS LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 18-50969 (BLS) |
| AQ TEXTILES, LLC, | |
| Defendant. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 16, 2019 AT 11:00 A.M. (ET)

**MATTERS GOING FORWARD**

1. Debtors' Fourth (4th) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to November 16, 2018 [D.I. 758; 11/13/18]

   Related Pleadings:

   a) Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to November 16, 2018 [D.I. 846; 12/3/18]

   Objection Deadline:   November 27, 2018 at 4:00 p.m. (ET) [Extended for AQ Textiles, LLC to November 29, 2018 at 4:00 p.m. (ET)]

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515); and, Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

Objections/Informal Responses:

    b)    Objection of AQ Textiles, LLC [D.I. 832; 11/29/18]

Status:    The Debtors and AQ Textiles, LLC are in ongoing discussions to resolve the objection listed as Item (b) above. This matter is going forward.

2. BKST Brand Holdings LLC's Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal Exhibit 1 to Complaint [Adv. D.I. 5; 12/20/18]

Related Pleadings:

    a)    Verified Complaint [Adv. D.I. 1; 12/20/18]

    b)    Exhibit 1 to Complaint [Adv. D.I. 4; 12/20/18] (Filed Under Seal)

Objection Deadline:    January 16, 2019 at 11:00 a.m. (ET)

Objections/Informal Responses:    None.

Status:    This matter is going forward.

3. BKST Brand Holdings LLC's Motion for a Preliminary Injunction [Adv. D.I. 6; 12/20/18]

Related Pleadings:

    a)    BKST Brand Holdings LLC's Brief in Support of Its Motion for a Preliminary Injunction [Adv. D.I. 7; 12/20/18]

Objection Deadline:    January 7, 2019 at 4:00 p.m. (ET)

Objections/Informal Responses:    None.

Status:    This matter is going forward.

[*Signature Page Follows*]

Dated: Wilmington, Delaware
January 14, 2019

*/s/ Andrew L. Magaziner*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor (No. 3526)
Sean M. Beach (No. 4070)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email:  mnestor@ycst.com
        sbeach@ycst.com
        amagaziner@ycst.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Matthew J. Williams
David M. Feldman
Matthew K. Kelsey
Keith R. Martorana
Jason Zachary Goldstein
200 Park Avenue
New York, New York 10166
Tel:    (212) 351-4000
Fax:    (212) 351-4035
Email:  mjwilliams@gibsondunn.com
        dfeldman@gibsondunn.com
        mkelsey@gibsondunn.com
        kmartorana@gibsondunn.com
        jgoldstein@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*