**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Brookstone Holdings Corp, et. al

Case No. 18- 11780
Reporting Period: December 2018

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Disbursements | MOR-1 | Y | | |
|    Statement of Cash Flows | MOR-1a | Y | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1b | Y | | |
|    Schedule of professional fees paid | MOR-1c | Y | | |
|    Copies of bank statements | | | | |
| Statement of Operations | MOR-2 | Y | | |
| Balance Sheet | MOR-3 | Y | | |
| Status of Postpetition Taxes | MOR-4 | Y | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Y | | |
|    Listing of aged accounts payable | MOR-4 (cont'd) | Y | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Y | | |
| Debtor Questionnaire | MOR-5 | Y | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____       _____
Signature of Debtor       Date

_____       _____
Signature of Joint Debtor       Date

/s/ Greg Tribou       2/1/2019
Signature of Authorized Individual*       Date

Greg Tribou       VP/ CFO
Printed Name of Authorized Individual       Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**BROOKSTONE HOLDINGS CORP., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR 1 - Total Disbursements by Filed Legal Entity (unaudited, in thousands) (1)**

**For the Period of November 24, 2018 to December 29, 2018**

| Legal Entity | Case Number | Adj. Disbursements |
|---|---|---|
| Brookstone Holdings Corp., et al. (2) | 18-11780 | - |
| Brookstone, Inc. (2) | 18-11781 | - |
| Brookstone Company, Inc. | 18-11782 | 9,181 |
| Brookstone Retail Puerto Rico, Inc. | 18-11783 | - |
| Brookstone International Holdings, Inc. (2) | 18-11784 | - |
| Brookstone Purchasing, Inc. | 18-11786 | 1,321 |
| Brookstone Stores, Inc. | 18-11787 | 135 |
| Big Blue Audio LLC (2) | 18-11789 | - |
| Brookstone Holdings, Inc. (2) | 18-11790 | - |
| Brookstone Properties, Inc. (2) | 18-11791 | - |

Notes:
1) Disbursement amounts include all payments clearing the bank during the period. Intercompany transfers are not included.
2) Debtor entity does not have disbursements to report during the period.
3) As the Debtors are no longer operating stores (other than as part of the post-sale transition), disbursements for Debtors were allocated based on behalf of other Debtors. The consolidated entity utilizes a centralized treasury function in which disbursements are paid from a Brookstone Company, Inc. owned bank account.

**BROOKSTONE HOLDINGS CORP. AND SUBSIDARIES**
**MOR 1a - CONSOLIDATING STATEMENTS OF CASH FLOWS**
**(In thousands)**
**for the month ended December 29, 2018**

|  | Debtors | Non-Debtors | Consolidated |
|---|---:|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Consolidated net loss | $ (3,795) | (137) | (3,931) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | | |
| Depreciation and amortization | 94 | 53 | 147 |
| Gain on sale of intangible assets | - | - | - |
| Gain on forgiveness of debt | - | - | - |
| Loss on sale of real estate | - | - | - |
| Changes in operating assets and liabilities | | | |
| Accounts receivable | 696 | (76) | 620 |
| Merchandise inventories | 1,644 | - | 1,644 |
| Prepaid expenses and other assets | (560) | 290 | (270) |
| Accounts payable | (653) | - | (653) |
| Other current liabilities | 1,108 | - | 1,108 |
| Other long-term liabilities | - | - | - |
| Net cash provided by (used in) operating activities | (1,466) | 130 | (1,336) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Expenditures for property and equipment | - | 3 | 3 |
| Net cash used in investing activities | - | 3 | 3 |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Net payments made on long-term debt | - | - | - |
| Net cash (used in) provided by financing activities | - | - | - |
| Net decrease in cash and cash equivalents | (1,466) | 133 | (1,333) |
| Cash and cash equivalents at beginning of period | 21,413 | 90 | 21,503 |
| Cash and cash equivalents at end of period | $ 19,947 | 223 | 20,170 |

Notes:
1) The company reports on a consolidated basis, and does not regularly maintain financial statements on an entity-by-entity level. A more detailed breakdown on an entity-by-entity basis is available upon request.

| Debtor Entity | Bank Name | Acct Unit | Account Type | Account Number (Last 4 digits only) | Bank Balance (USD) | Ledger Balance (USD) | Reconciled 12/29 |
|---|---|---|---|---|---|---|---|
| Brookstone Company, Inc. | Wells Fargo | 00800 | Operating | 1708 | 917,234.11 | 917,234.11 | No |
| Brookstone Company, Inc. | Wells Fargo | 00800 | Disbursement | 8934 | 494,567.99 | 494,567.99 | No |
| Brookstone Company, Inc. | Wells Fargo | 00800 | Concentration | 1690 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00800 | Payroll | 1716 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00816 | Store Master Account | 1886 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | Texas Tax Escrow | 9180 | 50,000.00 | 50,000.00 | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | TSA Escrow | 3437 | 750,000.00 | 750,000.00 | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | Admin Claims | 0392 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | Excess Sale Proceeds | 2614 | 5,911,060.36 | 5,911,060.36 | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | TM Collateral | 2622 | 85,688.14 | 85,688.14 | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | Pro Fee Carveout | 7258 | 1,193,741.96 | 1,193,741.96 | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | Stub Rent Carveout | 7266 | 327,018.01 | 327,018.01 | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | Utility Deposits | 5306 | 80,062.75 | 80,062.75 | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | Wind Down | 2598 | 5,482,711.26 | 5,482,711.26 | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | 503(b)(9) Claims | 2606 | 2,500,000.00 | 2,500,000.00 | No |
| Brookstone Company, Inc. | Bank of America | 00817 | Store Master Account | 4914 | - | - | No |
| Brookstone Company, Inc. | Citibank | 00800 | Cigna | 9852 | 148,611.51 | 148,611.51 | No |
| Brookstone Company, Inc. | Wells Fargo | 00010 | Deposit Only Account | 0560 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00011 | Deposit Only Account | 4707 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00016 | Deposit Only Account | 3986 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00021 | Deposit Only Account | 9230 | - | - | No |
| Brookstone Company, Inc. | Comerica Bank | 00024 | Deposit Only Account | 8812 | 2,736.96 | 2,736.96 | No |
| Brookstone Company, Inc. | Bank of America | 00025 | Deposit Only Account | 3436 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00026 | Deposit Only Account | 0214 | - | - | No |
| Brookstone Company, Inc. | Valley National Bank | 00027 | Deposit Only Account | 2656 | 2,083.61 | 2,083.61 | No |
| Brookstone Company, Inc. | Bank of America | 00028 | Deposit Only Account | 7106 | - | - | No |
| Brookstone Company, Inc. | Sun Trust | 00030 | Deposit Only Account | 8396 | 1,440.99 | 1,440.99 | No |
| Brookstone Company, Inc. | Wells Fargo | 00036 | Deposit Only Account | 8700 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00040 | Deposit Only Account | 8432 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00055 | Deposit Only Account | 2711 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00058 | Deposit Only Account | 3402 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00060 | Deposit Only Account | 2120 | - | - | No |
| Brookstone Company, Inc. | IBC Bank | 00065 | Deposit Only Account | 0024 | 2,357.28 | 2,357.28 | No |
| Brookstone Company, Inc. | Citizens Bank | 00067 | Deposit Only Account | 5874 | 2,347.25 | 2,347.25 | No |
| Brookstone Company, Inc. | Bank of America | 00068 | Deposit Only Account | 9243 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00069 | Deposit Only Account | 4888 | - | - | No |
| Brookstone Company, Inc. | First Bank | 00070 | Deposit Only Account | 0108 | 2,388.09 | 2,388.09 | No |
| Brookstone Company, Inc. | Wells Fargo | 00072 | Deposit Only Account | 3801 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00074 | Deposit Only Account | 8496 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00080 | Deposit Only Account | 2099 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00086 | Deposit Only Account | 3591 | - | - | No |
| Brookstone Company, Inc. | TD Bank | 00087 | Deposit Only Account | 8670 | 2,335.74 | 2,335.74 | No |
| Brookstone Company, Inc. | Wells Fargo | 00094 | Deposit Only Account | 8551 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00097 | Deposit Only Account | 6251 | - | - | No |
| Brookstone Company, Inc. | TD Bank | 00098 | Deposit Only Account | 2433 | 1,924.56 | 1,924.56 | No |
| Brookstone Company, Inc. | PNC Bank | 00099 | Deposit Only Account | 8555 | 1,979.22 | 1,979.22 | No |
| Brookstone Company, Inc. | Key Bank | 00100 | Deposit Only Account | 0290 | 1,123.35 | 1,123.35 | No |
| Brookstone Company, Inc. | ANB Bank | 00105 | Deposit Only Account | 4379 | 6,770.23 | 6,770.23 | No |
| Brookstone Company, Inc. | Bank of America | 00107 | Deposit Only Account | 7937 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00108 | Deposit Only Account | 1552 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00110 | Deposit Only Account | 0222 | 26.00 | 26.00 | No |
| Brookstone Company, Inc. | Bank of America | 00111 | Deposit Only Account | 9285 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00113 | Deposit Only Account | 9298 | - | - | No |
| Brookstone Company, Inc. | Citizens Bank | 00114 | Deposit Only Account | 7889 | 1,128.08 | 1,128.08 | No |
| Brookstone Company, Inc. | Wells Fargo | 00116 | Deposit Only Account | 0230 | - | - | No |
| Brookstone Company, Inc. | M&T Bank | 00119 | Deposit Only Account | 9197 | 1,539.36 | 1,539.36 | No |
| Brookstone Company, Inc. | SalemFive | 00121 | Deposit Only Account | 2893 | 2,680.55 | 2,680.55 | No |
| Brookstone Company, Inc. | Bank of America | 00123 | Deposit Only Account | 4846 | - | - | No |
| Brookstone Company, Inc. | Fifth Third Bank | 00127 | Deposit Only Account | 3632 | 21.65 | 21.65 | No |
| Brookstone Company, Inc. | Bank of America | 00136 | Deposit Only Account | 2943 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00140 | Deposit Only Account | 4833 | - | - | No |
| Brookstone Company, Inc. | PNC Bank | 00143 | Deposit Only Account | 1093 | 2,312.37 | 2,312.37 | No |
| Brookstone Company, Inc. | Chase | 00144 | Deposit Only Account | 9400 | 2,270.18 | 2,270.18 | No |
| Brookstone Company, Inc. | Bank of America | 00148 | Deposit Only Account | 9311 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00149 | Deposit Only Account | 1473 | - | - | No |
| Brookstone Company, Inc. | First Tennessee | 00160 | Deposit Only Account | 1236 | 1,918.04 | 1,918.04 | No |
| Brookstone Company, Inc. | Bank of America | 00162 | Deposit Only Account | 9124 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00163 | Deposit Only Account | 8643 | (400.13) | (400.13) | No |
| Brookstone Company, Inc. | Citibank | 00164 | Deposit Only Account | 6836 | - | - | No |
| Brookstone Company, Inc. | PNC Bank | 00166 | Deposit Only Account | 5597 | 2,350.13 | 2,350.13 | No |
| Brookstone Company, Inc. | PNC Bank | 00167 | Deposit Only Account | 1173 | 2,272.29 | 2,272.29 | No |
| Brookstone Company, Inc. | Sun Trust | 00169 | Deposit Only Account | 4061 | 2,532.94 | 2,532.94 | No |
| Brookstone Company, Inc. | Citizens Bank | 00170 | Deposit Only Account | 9910 | 2,157.10 | 2,157.10 | No |
| Brookstone Company, Inc. | Wells Fargo | 00171 | Deposit Only Account | 5360 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00173 | Deposit Only Account | 3694 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00174 | Deposit Only Account | 5354 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00180 | Deposit Only Account | 4817 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00181 | Deposit Only Account | 0248 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00182 | Deposit Only Account | 6693 | - | - | No |
| Brookstone Company, Inc. | Chase | 00184 | Deposit Only Account | 8914 | 2,464.33 | 2,464.33 | No |
| Brookstone Company, Inc. | UMB Bank | 00185 | Deposit Only Account | 3942 | 2,441.18 | 2,441.18 | No |
| Brookstone Company, Inc. | Key Bank | 00186 | Deposit Only Account | 5392 | 1,411.95 | 1,411.95 | No |
| Brookstone Company, Inc. | Wells Fargo | 00187 | Deposit Only Account | 8569 | - | - | No |
| Brookstone Company, Inc. | Midland States Bank | 00214 | Deposit Only Account | 0910 | 8,813.21 | 8,813.21 | No |
| Brookstone Company, Inc. | Bank of America | 00216 | Deposit Only Account | 3630 | - | - | No |
| Brookstone Company, Inc. | TD Bank | 00217 | Deposit Only Account | 3625 | 2,478.00 | 2,478.00 | No |
| Brookstone Company, Inc. | Bank of America | 00221 | Deposit Only Account | 3358 | - | - | No |
| Brookstone Company, Inc. | First Citrus Bank | 00222 | Deposit Only Account | 6901 | 1,083.56 | 1,083.56 | No |
| Brookstone Company, Inc. | Bank of America | 00223 | Deposit Only Account | 6833 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00225 | Deposit Only Account | 6374 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00227 | Deposit Only Account | 4781 | - | - | No |
| Brookstone Retail Puerto Rico, Inc. | Banco Popular | 00233 | Deposit Only Account | 5533 | 550.91 | 550.91 | No |
| Brookstone Company, Inc. | Capital One | 00234 | Deposit Only Account | 8961 | 2,133.64 | 2,133.64 | No |
| Brookstone Company, Inc. | Bank of America | 00238 | Deposit Only Account | 3407 | - | - | No |
| Brookstone Company, Inc. | First National Bank | 00243 | Deposit Only Account | 8604 | 1,944.17 | 1,944.17 | No |
| Brookstone Company, Inc. | Bank of America | 00244 | Deposit Only Account | 3517 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00245 | Deposit Only Account | 3504 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00248 | Deposit Only Account | 3361 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00249 | Deposit Only Account | 3494 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00254 | Deposit Only Account | 1584 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00255 | Deposit Only Account | 4778 | - | - | No |
| Brookstone Company, Inc. | Huntington National Bank | 00256 | Deposit Only Account | 8607 | 1,623.51 | 1,623.51 | No |
| Brookstone Company, Inc. | TD Bank | 00258 | Deposit Only Account | 6542 | 2,594.66 | 2,594.66 | No |
| Brookstone Company, Inc. | Wells Fargo | 00260 | Deposit Only Account | 2351 | - | - | No |
| Brookstone Company, Inc. | Chase | 00261 | Deposit Only Account | 4130 | 2,583.51 | 2,583.51 | No |

| Debtor Entity | Bank Name | Acct Unit | Account Type | Account Number (Last 4 digits only) | Bank Balance (USD) | Ledger Balance (USD) | Reconciled 12/29 |
|---|---|---|---|---|---|---|---|
| Brookstone Company, Inc. | Chase | 00262 | Deposit Only Account | 8643 | 2,299.42 | 2,299.42 | No |
| Brookstone Company, Inc. | Bank Midwest | 00265 | Deposit Only Account | 1104 | 2,785.28 | 2,785.28 | No |
| Brookstone Company, Inc. | Bank of America | 00266 | Deposit Only Account | 4589 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00270 | Deposit Only Account | 3481 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00275 | Deposit Only Account | 4670 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00287 | Deposit Only Account | 9445 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00288 | Deposit Only Account | 9458 | - | - | No |
| Brookstone Company, Inc. | Citizens Bank | 00291 | Deposit Only Account | 5951 | 3,455.27 | 3,455.27 | No |
| Brookstone Company, Inc. | Bank of America | 00313 | Deposit Only Account | 1731 | - | - | No |
| Brookstone Company, Inc. | NYCB Family of Banks | 00314 | Deposit Only Account | 2564 | 2,367.40 | 2,367.40 | No |
| Brookstone Company, Inc. | Capital Bank | 00320 | Deposit Only Account | 9506 | 2,408.06 | 2,408.06 | No |
| Brookstone Company, Inc. | Trustmark | 00327 | Deposit Only Account | 0662 | 13,678.78 | 13,678.78 | No |
| Brookstone Company, Inc. | US Bank | 00330 | Deposit Only Account | 5724 | 1,825.43 | 1,825.43 | No |
| Brookstone Company, Inc. | Bank of America | 00332 | Deposit Only Account | 9930 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00333 | Deposit Only Account | 1451 | - | - | No |
| Brookstone Company, Inc. | First Community Bank of the Ozarks | 00338 | Deposit Only Account | 1601 | 2,198.49 | 2,198.49 | No |
| Brookstone Company, Inc. | IBC Bank | 00343 | Deposit Only Account | 7628 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00351 | Deposit Only Account | 3737 | 30.00 | 30.00 | No |
| Brookstone Company, Inc. | American Savings Bank | 00353 | Deposit Only Account | 4495 | 2,794.91 | 2,794.91 | No |
| Brookstone Company, Inc. | Bank of America | 00358 | Deposit Only Account | 5349 | - | - | No |
| Brookstone Company, Inc. | Valley National Bank | 00362 | Deposit Only Account | 4653 | 2,414.10 | 2,414.10 | No |
| Brookstone Company, Inc. | PNC Bank | 00364 | Deposit Only Account | 2928 | 2,240.45 | 2,240.45 | No |
| Brookstone Company, Inc. | Wells Fargo | 00376 | Deposit Only Account | 8585 | - | - | No |
| Brookstone Company, Inc. | Regions Bank | 00377 | Deposit Only Account | 1108 | 2,854.31 | 2,854.31 | No |
| Brookstone Company, Inc. | Regions Bank | 00386 | Deposit Only Account | 7547 | 1,867.91 | 1,867.91 | No |
| Brookstone Company, Inc. | BB&T | 00387 | Deposit Only Account | 1569 | 3,311.83 | 3,311.83 | No |
| Brookstone Company, Inc. | Chase | 00388 | Deposit Only Account | 7034 | 5,750.77 | 5,750.77 | No |
| Brookstone Company, Inc. | Bank of America | 00389 | Deposit Only Account | 3308 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00390 | Deposit Only Account | 9016 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00393 | Deposit Only Account | 5479 | - | - | No |
| Brookstone Company, Inc. | Capital One | 00398 | Deposit Only Account | 8085 | - | - | No |
| Brookstone Company, Inc. | State Bank of Texas | 00404 | Deposit Only Account | 8101 | 7,676.40 | 7,676.40 | No |
| Brookstone Company, Inc. | Bank of America | 00407 | Deposit Only Account | 7627 | 4,373.08 | 4,373.08 | No |
| Brookstone Company, Inc. | First Citizens Bank | 00408 | Deposit Only Account | 7481 | 7,057.60 | 7,057.60 | No |
| Brookstone Company, Inc. | Wells Fargo | 00412 | Deposit Only Account | 9842 | 4,599.45 | 4,599.45 | No |
| Brookstone Company, Inc. | Wells Fargo | 00413 | Deposit Only Account | 1436 | 5,175.55 | 5,175.55 | No |
| Brookstone Company, Inc. | Wells Fargo | 00417 | Deposit Only Account | 0287 | 8,003.58 | 8,003.58 | No |
| Brookstone Company, Inc. | Bank of America | 00419 | Deposit Only Account | 0301 | 17,698.99 | 17,698.99 | No |
| Brookstone Company, Inc. | Wells Fargo | 00421 | Deposit Only Account | 8800 | 8,235.71 | 8,235.71 | No |
| Brookstone Company, Inc. | Wells Fargo | 00422 | Deposit Only Account | 0784 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00425 | Deposit Only Account | 3978 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00426 | Deposit Only Account | 2668 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00427 | Deposit Only Account | 2401 | 8,813.66 | 8,813.66 | No |
| Brookstone Company, Inc. | Wells Fargo | 00428 | Deposit Only Account | 6410 | 8,582.99 | 8,582.99 | No |
| Brookstone Company, Inc. | Public Service Credit Union | 00430 | Deposit Only Account | 4522 | - | - | No |
| Brookstone Company, Inc. | Bank of America | 00431 | Deposit Only Account | 0371 | - | - | No |
| Brookstone Company, Inc. | Public Service Credit Union | 00432 | Deposit Only Account | 4522 | 6,989.96 | 6,989.96 | No |
| Brookstone Company, Inc. | First Citizens Bank | 00433 | Deposit Only Account | 7123 | 8,751.91 | 8,751.91 | No |
| Brookstone Company, Inc. | First Citizens Bank | 00435 | Deposit Only Account | 4138 | 4,928.79 | 4,928.79 | No |
| Brookstone Company, Inc. | Bank of America | 00437 | Deposit Only Account | 9023 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00441 | Deposit Only Account | 8593 | 4,456.90 | 4,456.90 | No |
| Brookstone Company, Inc. | Chase | 00443 | Deposit Only Account | 3308 | - | - | No |
| Brookstone Company, Inc. | First Citizens Bank | 00444 | Deposit Only Account | 8728 | 4,674.57 | 4,674.57 | No |
| Brookstone Company, Inc. | Wells Fargo | 00446 | Deposit Only Account | 2536 | 3,503.63 | 3,503.63 | No |
| Brookstone Company, Inc. | Wells Fargo | 00448 | Deposit Only Account | 7296 | 11,459.92 | 11,459.92 | No |
| Brookstone Company, Inc. | Wells Fargo | 00451 | Deposit Only Account | 1874 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00452 | Deposit Only Account | 7184 | 5,346.43 | 5,346.43 | No |
| Brookstone Company, Inc. | Bank of America | 00453 | Deposit Only Account | 2709 | 10,080.26 | 10,080.26 | No |
| Brookstone Company, Inc. | Bank of America | 00454 | Deposit Only Account | 1597 | 8,697.66 | 8,697.66 | No |
| Brookstone Company, Inc. | Wells Fargo | 00456 | Deposit Only Account | 9840 | 7,440.60 | 7,440.60 | No |
| Brookstone Company, Inc. | Bank of America | 00457 | Deposit Only Account | 7389 | 7,616.77 | 7,616.77 | No |
| Brookstone Company, Inc. | Sun Trust | 00459 | Deposit Only Account | 7120 | 15,952.67 | 15,952.67 | No |
| Brookstone Company, Inc. | Wells Fargo | 00461 | Deposit Only Account | 0670 | 7,676.46 | 7,676.46 | No |
| Brookstone Company, Inc. | Wells Fargo | 00464 | Deposit Only Account | 1189 | 6,892.94 | 6,892.94 | No |
| Brookstone Company, Inc. | Bank of America | 00466 | Deposit Only Account | 6205 | 5,856.18 | 5,856.18 | No |
| Brookstone Company, Inc. | Wells Fargo | 00468 | Deposit Only Account | 8227 | 5,417.18 | 5,417.18 | No |
| Brookstone Company, Inc. | Bank of America | 00472 | Deposit Only Account | 4989 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00485 | Deposit Only Account | 9430 | - | - | No |
| Brookstone Company, Inc. | State Bank of Texas | 00486 | Deposit Only Account | 1002 | 13,346.52 | 13,346.52 | No |
| Brookstone Company, Inc. | State Bank of Texas | 00488 | Deposit Only Account | 1004 | 11,755.19 | 11,755.19 | No |
| Brookstone Company, Inc. | Wells Fargo | 00495 | Deposit Only Account | 9884 | 11,373.23 | 11,373.23 | No |
| Brookstone Company, Inc. | State Bank of Texas | 00498 | Deposit Only Account | 1003 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00704 | Deposit Only Account | 6106 | - | - | No |
| Brookstone Company, Inc. | Bank of Hawaii | 00727 | Deposit Only Account | 3933 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00909 | Deposit Only Account | 5170 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00931 | Deposit Only Account | 6044 | - | - | No |
| Brookstone Company, Inc. | Commerce Bank | 00800 | Deposit Only Account | 6591 | - | - | No |
| Brookstone Company, Inc. | Wells Fargo | 00807 | Utility Escrow Account | 5306 | - | - | No |

**BROOKSTONE HOLDINGS CORP., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR 1c - Schedule of professionals fees paid (unaudited, in thousands)**

| Retained Professionals | Approved Amounts | Disbursements |
|---|---:|---:|
| For the Period of November 24, 2018 to December 29, 2018 | | |
| Gibson Dunn | 849 | 849 |
| GLC Advisors | 114 | 114 |
| BRG | 1,000 | 1,000 |
| Cooley | 359 | 359 |
| Bayard | 76 | 76 |
| Province | 400 | 400 |
| Omni | 149 | 149 |
| Total Disbursements | 2,946 | 2,946 |

**BROOKSTONE HOLDINGS CORP. AND SUBSIDARIES**
**MOR 2 - CONSOLIDATING STATEMENTS OF OPERATIONS (unaudited)**
**(In thousands)**
**for the month ended December 29, 2018**

|  | Aug-2018 | | |
|---|---:|---:|---:|
|  | **Debtors** | **Non-Debtors** | **Consolidated** |
| Net Sales | $ 3,610 | $ 831 | $ 4,441 |
| Cost of Goods Sold | 1,913 | 335 | 2,248 |
| Gross Profit | 1,697 | 496 | 2,193 |
| Payroll & Fringe | 1,076 | 246 | 1,322 |
| Credit Card Commissions | 128 | 5 | 133 |
| Retail Supplies | 2 | 3 | 5 |
| Bad Debt | 15 | 1 | 16 |
| Order Postage, net | 323 | 10 | 333 |
| Advertising | 282 | - | 282 |
| Rent | 97 | 244 | 342 |
| Utilities | 13 | 5 | 19 |
| Maintenance & Repairs | 7 | 4 | 11 |
| Depreciation & Amortization | 90 | 56 | 147 |
| Telephone | 19 | 3 | 21 |
| Professional Services | 255 | - | 255 |
| Reorganization Costs - Professional Services | 2,832 | - | 2,832 |
| Insurance Expense | 70 | 56 | 126 |
| Other SG&A | 280 | - | 280 |
| Loss from Operations | (3,795) | (137) | (3,931) |
| Gain on sale of intangible assets | - | - | - |
| Gain on forgiveness of debt | - | - | - |
| Loss on sale of real estate | - | - | - |
| Interest Expense, net | (0) | - | (0) |
| Loss Before Income Taxes | (3,795) | (137) | (3,931) |
| Income Tax Provision | - | - | - |
| Net Loss | $ (3,795) | $ (137) | $ (3,931) |
| Less: Net loss attributable to noncontrolling interest | - | - | - |
| Net loss attributable to Brookstone | $ (3,795) | $ (137) | $ (3,931) |

Notes:
1) The company reports on a consolidated basis, and does not regularly maintain financial statements on an entity-by-entity level. A more detailed breakdown on an entity-by-entity basis is available upon request.

**BROOKSTONE HOLDINGS CORP. AND SUBSIDARIES**
**MOR 3 - CONSOLIDATING BALANCE SHEETS (Unaudited)**
**(In thousands)**
**as of December 29, 2018**

|  | Debtors | Non-Debtors | Consolidated |
|---|---:|---:|---:|
| **Current assets:** | | | |
| Cash | $ 19,947 | $ 223 | $ 20,170 |
| Receivables, net | 14,325 | - | $ 14,325 |
| Merchandise inventories | 8,579 | - | $ 8,579 |
| Prepaid expenses | 2,791 | - | $ 2,791 |
| Total current assets | 45,642 | $ 223 | 45,865 |
| Property and equipment, net | 2,362 | 1,918 | 4,280 |
| Intangible assets, net | 6,848 | - | 6,848 |
| Other assets | 1,589 | (1,330) | 259 |
| Total assets | $ 56,441 | $ 811 | $ 57,252 |
| **Current liabilities:** | | | |
| Unprocessed sales proceeds | $ - | $ - | - |
| Accounts payable | 30,385 | - | 30,385 |
| Other current liabilities | 5,538 | - | 5,538 |
| Gift card liability | 5,801 | - | 5,801 |
| Current portion of long term debt | - | - | - |
| Total current liabilities | 41,724 | - | 41,724 |
| Other long-term liabilities | 4,053 | 126 | 4,178 |
| Bond payable | - | - | - |
| Other long-term debt | - | - | - |
| Total Long-term debt | 4,053 | 126 | 4,178 |
| Deferred income taxes | 9,429 | - | 9,429 |
| Total liabilities | 55,206 | 126 | 55,331 |
| **Equity:** | | | |
| Brookstone Shareholder's equity: | | | |
| Additional paid-in capital | 127,820 | - | 127,820 |
| Accumulated other comprehensive loss | 530 | - | 530 |
| Retained deficit | (127,101) | 685 | (126,415) |
| Total Brookstone Shareholder's Equity | 1,249 | 685 | 1,935 |
| Noncontrolling Interests | (14) | - | (14) |
| Total equity | 1,235 | 685 | 1,921 |
| Total liabilities and equity | $ 56,441 | $ 811 | $ 57,252 |

Notes:
1) The company reports on a consolidated basis, and does not regularly maintain financial statements on an entity-by-entity level. A more detailed breakdown on an entity-by-entity basis is available upon request.

**BROOKSTONE HOLDINGS CORP., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR 4 - Summary of Unpaid Post-Petition Debts**

### As of December 29, 2018

| Accounts Payable Aging | Amount |
|---|---:|
| Current | $ 708 |
| 0 - 30 Days Old | 839 |
| 31 - 60 Days Old | 67 |
| 61 - 90 Days Old | 675 |
| 91+ Days Old | 77 |
| Total Accounts Payable | $ 2,366 |

| Other Payables | Amount |
|---|---:|
| Wages Payable | $ 197 |
| Taxes Payable | 115 |
| Rent Payable | 346 |
| Professional Fees | 3,390 |
| Total Other Payables | $ 4,048 |
| | |
| **Total Payable** | $ 6,414 |

**BROOKSTONE HOLDINGS CORP., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR 5 - Accounts Receivable Aging (unaudited, in thousands)**

### As of December 29, 2018

| Accounts Recievable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the **beginning** of the reporting period | 7,245 |
| **+** Amounts **billed** during the period | 124 |
| **-** Amounts **collected** during the period | (401) |
| Total Accounts Receivable at the **end** of the reporting period | 6,968 |

| Accounts Recievable Aging | Amount |
|---|---:|
| Current | 124 |
| 0 - 30 Days Old | 88 |
| 31 - 60 Days Old | 1,414 |
| 61 - 90 Days Old | 2,172 |
| 91+ Days Old | 3,170 |
| Amount Unapplied (cash rcvd not cleared in system) | - |
| Total Accounts Receivable | 6,968 |
| Amount Considered Uncollectible (bad debt) | - |
| Accounts Receivable (net) | 6,968 |

**BROOKSTONE HOLDINGS CORP., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Questionnaire**

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below.<br><br>*During this period, the debtors liquidated certain inventory and FF&E for amounts below normal course pricing.* | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post-petition tax returns been filed timely? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability, and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |