**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | Case No. 18-11780 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 20, 2019 AT 10:00 A.M. (ET)**

**RESOLVED MATTERS**

1. Debtors' Second Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1047; 2/6/19]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 1068; 2/21/19]

    b) Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1072; 2/22/19]

    Objection Deadline:    February 20, 2019 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    An order has been entered by the Court. No hearing is necessary.

2. Debtors' Eighth (8th) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Rejection Effective Date [D.I. 1073; 2/25/19]

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515); and, Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

01:24270034.1

Related Pleadings:

    a)    Certification of Counsel [D.I. 1105; 3/12/19]

    b)    Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Rejection Effective Date [D.I. 1106; 3/13/19]

Objection Deadline:    March 11, 2019 at 4:00 p.m. (ET)

Objections/Informal Responses:    None.

Status:    An order has been entered by the Court. No hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

3. Joint Motion Seeking to (I) Approve a Settlement, (II) Certify a Class of California Wage and Hour Claimants for Settlement Purposes Only, (III) Appoint Class Counsel and a Class Representative, (IV) Preliminarily Approve the Settlement Agreement, (V) Approve the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (VI) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (VII) Finally Approve the Settlement After the Fairness Hearing, and (VIII) Grant Related Relief [D.I. 1082; 2/27/19]

    Related Pleadings:

        a)    Certification of Counsel [D.I. 1112; 3/14/19]

        b)    Proposed Order

    Objection Deadline:    March 13, 2019 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    A proposed form of order has been submitted under certification of counsel with respect to the preliminary relief requested in the motion. A hearing is only necessary to the extent that the Court has any questions or concerns.

**MATTER GOING FORWARD**

4. Confirmation of: Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., *et al*., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents [D.I. 1114; 3/15/19]

    Related Pleadings:

    a) Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving, and Tabulating Votes on the Plan, and (V) Approving the Form of Ballot and Notice to Non-Voting Classes [D.I. 1034; 2/4/19]

    b) Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., *et al*., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents (Solicitation Version) [D.I. 1038; 2/5/19]

    c) Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of Plan and Procedures and Deadline for Objecting to Confirmation of Plan, and (IV) Procedures and Deadline for Voting on Plan [D.I. 1041; 2/5/19]

    d) Notice of Filing of Plan Supplement [D.I. 1089; 3/4/19]

    e) Notice of Filing of Blacklined Version of Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., *et al*., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents [D.I. 1091; 3/4/19]

    f) Declaration of Paul Deutch Regarding Analysis of Ballots for Accepting or Rejecting the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., et al., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents [D.I. 1115; 3/15/19]

    g) Declaration of Greg Tribou in Support of Confirmation of the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., et al., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents [D.I. 1116; 3/15/19]

    h)    Memorandum of Law in Support of Confirmation of the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., et al., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents [D.I. 1117; 3/15/19]

    i)    Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., et al., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents [D.I. 1118; 3/15/19]

    j)    Notice of Filing of Blacklined Version of Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., *et al*., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents [D.I. 1119; 3/15/19]

Objection Deadline:    March 11, 2019 at 4:00 p.m. (ET) [Extended to March 12, 2019 for the United States]

Objections/Informal Responses:

    k)    Objection of AxentWear, Inc. to Confirmation of the Debtors' Amended Chapter 11 Plan of Liquidation [D.I. 1058; 2/15/19]

    l)    Objection by the United States to the Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., *et al*., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents [D.I. 1102; 3/12/19]

    m)    Notice of Withdrawal Regarding Docket No. 1058 [D.I. 1111; 3/14/19]

    n)    Informal comments from the Office of the United States Trustee for the District of Delaware

Status:    Item (k) has been withdrawn, as reflected in Item (m).  With respect to Item (l), the Debtors believe that they have resolved this Objection by incorporating additional language into the proposed confirmation order which was provided by the United States subsequent to the Objection being filed and upon further discussions between the parties.  Item (n) has been resolved through the inclusion of agreed-upon language in the proposed confirmation order.  The Debtors believe that this matter is going forward on an uncontested basis, pending confirmation from the United States with respect to Item (l), above.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 18, 2019 | */s/ Andrew L. Magaziner*<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Michael R. Nestor (No. 3526)<br>Sean M. Beach (No. 4070)<br>Andrew L. Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:   (302) 571-1253<br>Email:  mnestor@ycst.com<br>           sbeach@ycst.com<br>           amagaziner@ycst.com<br><br>-and-<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Matthew J. Williams<br>David M. Feldman<br>Matthew K. Kelsey<br>Keith R. Martorana<br>Jason Zachary Goldstein<br>200 Park Avenue<br>New York, New York 10166<br>Tel:   (212) 351-4000<br>Fax:   (212) 351-4035<br>Email:  mjwilliams@gibsondunn.com<br>           dfeldman@gibsondunn.com<br>           mkelsey@gibsondunn.com<br>           kmartorana@gibsondunn.com<br>           jgoldstein@gibsondunn.com<br><br>*Counsel to the Debtors and Debtors in Possession* |