**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 18-11780 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Ref. Docket Nos. 1114 & 1138 |

**NOTICE OF (I) CONFIRMATION AND EFFECTIVE DATE OF THE
THIRD AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE OF BROOKSTONE HOLDINGS CORP., ET AL.,
SUBMITTED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS AS CO-PROPONENTS AND (II) DEADLINE
UNDER THE PLAN AND CONFIRMATION ORDER TO FILE ADMINISTRATIVE
CLAIMS, PROFESSIONAL FEE CLAIMS, AND REJECTION CLAIMS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Entry of Confirmation Order**. On March 20, 2019, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 1138] (the "Confirmation Order") confirming the *Third Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Brookstone Holdings Corp., et al., Submitted by the Debtors and the Official Committee of Unsecured Creditors as Co-Proponents* attached as Exhibit A to the Confirmation Order (together with all exhibits thereto, and as may be amended, modified or supplemented, the "Plan")[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. **Effective Date of the Plan**. The Effective Date of the Plan was April 1, 2019.

3. **Administrative Claim Bar Date**. As provided for in Article II.A of the Plan and in the Confirmation Order, all requests for payment of an Administrative Claim must be Filed with this Court and served on counsel to the Liquidating Trustee, counsel to the Debtors, and counsel to the U.S. Trustee **no later than May 16, 2019 (the date that is 45 days after the Effective Date);** *provided*, *however*, that Persons that asserted administrative claims with a timely filed Proof of Claim for

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515), and Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan.

01:24338365.1

prepetition Claims or Rejection Claims do not need to file additional requests for payment of such Administrative Claims.

4. **Deadline to File Professional Fee Claims**. As provided for in Article II.C of the Plan and in the Confirmation Order, all final applications for payment of Professional Fee Claims must be Filed with this Court and served on counsel to the Plan Proponents, counsel to the Liquidating Trustee, and counsel to the U.S. Trustee **no later than 4:00 p.m. prevailing Eastern Time on May 31, 2019 (the date that is 60 days after the Effective Date)**, unless otherwise ordered by this Court or such later date is agreed to by the Liquidating Trustee. Objections to such applications must be Filed and served on counsel to the Plan Proponents, counsel to the Liquidating Trustee, counsel to the U.S. Trustee, and the requesting Professional Person on or before the date that is 14 days after the date on which the applicable application was served (or such longer period as may be allowed by Order of this Court or by agreement with the requesting Professional Person)**.**

5. **Deadline to File Rejection Claims**.  As provided for in Article V.B of the Plan and in the Confirmation Order, unless otherwise provided by a Bankruptcy Court order, any Proofs of Claim asserting Rejection Claims pursuant to the Plan or otherwise must be Filed with the Claims and Balloting Agent **no later than the later of May 6, 2019 (the date that is 35 days after the Effective Date) or 35 days after the effective date of rejection. Rejection Claims shall be classified as General Unsecured Claims and shall be treated in accordance with Article III of the Plan, as applicable. Any Rejection Claims that are not timely Filed pursuant to Article V.B of the Plan shall be forever disallowed and barred.**

6. **Inquiries by Interested Parties**.  Copies of the Confirmation Order (to which the Plan is attached as Exhibit A) may be examined free of charge at https://omnimgt.com/BKST. The Confirmation Order is also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website at www.deb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.psc.uscourts.gov.

Dated: April 2, 2019

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Michael R. Nestor (No. 3526)<br>Sean M. Beach (No. 4070)<br>Andrew L. Magaziner (No. 5426)<br>Rodney Square,<br>1000 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253 | **BAYARD, P.A.**<br>Justin R. Alberto (No. 5126)<br>Erin R. Fay (No. 5268)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Tel: (302) 655-5000<br>Fax: (302) 658-6395 |
| -and- | -and- |
| **GIBSON DUNN & CRUTCHER LLP**<br>Matthew J. Williams<br>Matthew K. Kelsey<br>Keith R. Martorana<br>Jason Zachary Goldstein<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035 | **COOLEY LLP**<br>Seth Van Aalten<br>Cathy Hershcopf<br>Robert Winning<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275 |
| *Counsel to the Debtors and Debtors in Possession* | *Counsel to the Official Committee of Unsecured Creditors of Brookstone Holdings Corp., et al.* |